B 5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>Northern District of Illinois | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Town & Country Landscape Supply Co. | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>36-2987880 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br><br>3900 West 167th Street<br>Markham, IL 60428<br><br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Cook<br>ZIP CODE 60428 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br><br>ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☑ Chapter 7    ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☑ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☑ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☑ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;<br>or<br>b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor _____

                                                         Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _[signature]_  3/26/13                                 x _[signature]_  4/3/13
Signature of Petitioner or Representative (State title) PRESIDENT    Signature of Attorney                 Date
Total Marketing Associates, Inc                                       Golan & Christie LLP
Name of Petitioner            Date Signed                             Name of Attorney Firm (If any)

Name & Mailing          Total Marketing Associates, Inc              Robert R. Benjamin
Address of Individual   3740 Industrial Avenue                       Golan & Christie LLP
Signing in Representative  Rolling Meadows, IL 60008                 70 West Madison St, Suite 1500
Capacity                Atten: Chris Cimaglio, President             Chicago IL, 60602

                                                                     Telephone No. 312-696-1220

x _____                        x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney              Date
National Bark Sales                                                   Golan & Christie LLP
Name of Petitioner            Date Signed                             Name of Attorney Firm (If any)

Name & Mailing          National Bark Sales                          Robert R. Benjamin
Address of Individual   1365 North Orchard                           Golan & Christie LLP
Signing in Representative  Bosie Idaho, 83707                        70 West Madison St, Suite 1500
Capacity                Atten: Andrew T White, Owner                 Chicago IL, 60602

                                                                     Telephone No.

x _____                        x _____
Signature of Petitioner or Representative (State title)    Signature of Attorney              Date
Ameriscape, Inc                                                       Golan & Christie LLP
Name of Petitioner            Date Signed                             Name of Attorney Firm (If any)

Name & Mailing          Ameriscape, Inc                              Robert R. Benjamin
Address of Individual   P.O Box 439                                  Golan & Christie LLP
Signing in Representative  Harbor Springs                            70 West Madison St, Suite 1500
Capacity                Kenny Grant, President                       Chicago IL, 60602

                                                                     Telephone No.

| PETITIONING CREDITORS | | |
|---|---|---|
| Total Marketing Associates, Inc: 3740 Industrial Ave, Rolling Meadows IL, 60008 | Nature of Claim | Amount of Claim |
| | Breach of Contract | $161,853.80 |
| National Bark Sales : 1365 North Orchard, P.O Box 7672, Boise Idaho, 83707 | Nature of Claim | Amount of Claim |
| | Breach of Contract | $59,015.24 |
| Ameriscape, Inc: P.O Box 439, Harbor Springs MI, 49740 | Nature of Claim | Amount of Claim |
| | Breach of Contract | $36,913.82 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims Cont'd |

____ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2        Name of Debtor _____

                                             Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br>Total Marketing Associates, Inc<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing          Total Marketing Associates, Inc<br>Address of Individual   3740 Industrial Avenue<br>Signing in Representative  Rolling Meadows, IL 60008<br>Capacity                 Atten: Chris Cimaglio, President | X _____  Date<br>Signature of Attorney<br>        Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. 312-696-1220 |
| X _____, OWNER<br>Signature of Petitioner or Representative (State title) 3-25-13<br>National Bark Sales<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing          National Bark Sales<br>Address of Individual   1365 North Orchard<br>Signing in Representative  Bosie Idaho, 83707<br>Capacity                 Atten: Andrew T White, Owner | X _____  4/3/13<br>Signature of Attorney           Date<br>        Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. |
| X _____<br>Signature of Petitioner or Representative (State title)<br>Ameriscape, Inc<br>Name of Petitioner                          Date Signed<br><br>Name & Mailing          Ameriscape, Inc<br>Address of Individual   P.O Box 439<br>Signing in Representative  Harbor Springs<br>Capacity                 Kenny Grant, President | X _____  Date<br>Signature of Attorney<br>        Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. |

| PETITIONING CREDITORS | | |
|---|---|---|
| Total Marketing Associates, Inc: 3740 Industrial Ave, Rolling Meadows IL, 60008 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$161,853.80 |
| National Bark Sales : 1365 North Orchard, P.O Box 7672, Boise Idaho, 83707 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$59,015.24 |
| Ameriscape, Inc: P.O Box 439, Harbor Springs MI, 49740 | Nature of Claim<br>Breach of Contract | Amount of Claim<br>$36,913.82 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims Cont'd |

2 continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x_____<br>Signature of Petitioner or Representative (State title)<br>Total Marketing Associates, Inc<br>Name of Petitioner        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Total Marketing Associates, Inc<br>3740 Industrial Avenue<br>Rolling Meadows, IL 60008<br>Atten: Chris Cimaglio, President | x_____     Date<br>Signature of Attorney<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago IL., 60602<br><br>Telephone No. 312-696-1220 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>National Bark Sales<br>Name of Petitioner        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>National Bark Sales<br>1365 North Orchard<br>Bosie Idaho, 83707<br>Atten: Andrew T White, Owner | x_____     Date<br>Signature of Attorney<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. |
| x /s/ Kenny Grant   President<br>Signature of Petitioner or Representative (State title)<br>3-26-13<br>Ameriscape, Inc<br>Name of Petitioner        Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Ameriscape, Inc<br>P.O Box 439<br>Harbor Springs<br>Kenny Grant, President | x /s/ RRB    4/3/13<br>Signature of Attorney     Date<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St, Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. |

**PETITIONING CREDITORS**

| | Nature of Claim | Amount of Claim |
|---|---|---|
| Total Marketing Associates, Inc: 3740 Industrial Ave, Rolling Meadows IL, 60008 | Breach of Contract | $161,853.80 |
| National Bark Sales : 1365 North Orchard, P.O Box 7672, Boise Idaho, 83707 | Breach of Contract | $59,015.24 |
| Ameriscape, Inc: P.O Box 439, Harbor Springs MI, 49740 | Breach of Contract | $36,913.82 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims Cont'd |

__3__ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2              Name of Debtor_____

                                                    Case No._____

| TRANSFER OF CLAIM |
| --- |
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____<br>Signature of Petitioner or Representative (State title)<br>Total Marketing Associates, Inc<br>Name of Petitioner               Date Signed<br><br>Name & Mailing         Total Marketing Associates, Inc<br>Address of Individual  3740 Industrial Avenue<br>Signing in Representative Rolling Meadows, IL 60008<br>Capacity               Atten: Chris Cimaglio (President) | x_____ Date<br>Signature of Attorney<br>                       Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St-Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. 312-696-1220 |
| x [signature] V.P.<br>Signature of Petitioner or Representative (State title)<br>JMB Logistics           4-1-13<br>Name of Petitioner      Date Signed<br><br>Name & Mailing         JMB Logistics<br>Address of Individual  11440 Johnson Avenue<br>Signing in Representative Plover, WI 54467<br>Capacity               Atten: Terry Gross Authorized Rep | x [signature]   4/3/13<br>Signature of Attorney       Date<br>                       Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St-Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. 312-696-1220 |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Michigan Peat Division of Bay-Houston Towing Co.<br>Name of Petitioner      Date Signed<br><br>Name & Mailing         Michigan Peat Division of Bay-Houston<br>Address of Individual  Towing Co.<br>Signing in Representative 2243 Milford Street<br>Capacity               Houston TX, 77098<br>                       Atten: J. David Newman (Vice President) | x_____ Date<br>Signature of Attorney<br>                       Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St-Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. 312-696-1220 |

**PETITIONING CREDITORS**

| | Nature of Claim | Amount of Claim |
| --- | --- | --- |
| Total Marketing Associates, Inc: 3740 Industrial Ave, Rolling Meadows, IL 60008 | Breach of Contract | $161,583.80 |
| JMB Logistics: 11440 Johnson Ave, Plover, WI 54467 | Breach of Contract | 12,908.04 |
| Michigan Peat Division of Bay-Houston Towing Co.: 2243 Milford Street, Houston TX, 77098 | Breach of Contract | $18,509.25 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims cont'd |

_4_ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2

Name of Debtor _____

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____<br>Signature of Petitioner or Representative (State title)<br>Total Marketing Associates, Inc<br>Name of Petitioner                       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Total Marketing Associates, Inc<br>3740 Industrial Avenue<br>Rolling Meadows, IL 60008<br>Atten: Chris Cimaglio (President) | x _____          Date<br>Signature of Attorney<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St-Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. 312-696-1220 |
| x _____<br>Signature of Petitioner or Representative (State title)<br>JMB Logistics<br>Name of Petitioner                       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>JMB Logistics<br>11440 Johnson Avenue<br>Plover, WI 54467<br>Atten: Terry Gross Authorized Rep | x _____          Date<br>Signature of Attorney<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St-Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. 312-696-1220 |
| x /s/ Newman   VP/GM<br>Signature of Petitioner or Representative (State title)<br>Michigan Peat Division of Bay-Houston Towing Co.<br>Name of Petitioner                       Date Signed<br><br>Name & Mailing Address of Individual Signing in Representative Capacity:<br>Michigan Peat Division of Bay-Houston Towing Co.<br>2243 Milford Street<br>Houston TX, 77098<br>Atten: J. David Newman (Vice President) | x /s/ R. ____   4/3/13<br>Signature of Attorney                    Date<br>Golan & Christie LLP<br>Name of Attorney Firm (If any)<br><br>Robert R. Benjamin<br>Golan & Christie LLP<br>70 West Madison St-Suite 1500<br>Chicago IL, 60602<br><br>Telephone No. 312-696-1220 |

**PETITIONING CREDITORS**

| | Nature of Claim | Amount of Claim |
|---|---|---|
| Total Marketing Associates, Inc: 3740 Industrial Ave, Rolling Meadows, IL 60008 | Breach of Contract | $161,583.80 |
| JMB Logistics: 11440 Johnson Ave, Plover, WI 54467 | Breach of Contract | 12,908.04 |
| Michigan Peat Division of Bay-Houston Towing Co.: 2243 Milford Street, Houston TX, 77098 | Breach of Contract | $18,509.25 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$289,700.15 |

__5__ continuation sheets attached