# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Town & Country Landscape Supply Co. | § | Case No. 13-13951 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/03/2013 . The undersigned trustee was appointed on .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 580,698.87 |
| | | |
| Funds were disbursed in the following amounts: | | |
| | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 113,153.47 |
| Bank service fees | | 5,766.74 |
| Other payments to creditors | | 251,000.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| | | |
| Leaving a balance on hand of[1] | $ | 210,778.66 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  10/11/2013  and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 32,284.94 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 32,284.94 , for a total compensation of $ 32,284.94 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/02/2016_____         By:/s/DEBORAH M. GUTFELD_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-13951 | PSH | Judge: | Pamela S. Hollis | Trustee Name: | DEBORAH M. GUTFELD |

| Case Name: | Town & Country Landscape Supply Co. | | | | Date Filed (f) or Converted (c): | 04/03/2013 (f) |

341(a) Meeting Date:

| For Period Ending: | 03/02/2016 | | | | Claims Bar Date: | 10/11/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Lakeside Checking Account | 16,000.00 | 16,000.00 | | 55,637.59 | FA |
| 2.  Mb Financial - Checking Account | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 3.  Fifth Third Bank - Checking Account | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4.  500,000 Collectible | 694,000.00 | 694,000.00 | | 140,713.77 | FA |
| 5.  Business Equipment (Listed At Purchase Cost) | 32,431.00 | 32,431.00 | | 0.00 | FA |
| 6.  Miscellaneous Office Equipment | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7.  Inventory | 400,000.00 | 400,000.00 | | 348,000.00 | FA |
| 8.  Potential Preference Litigation (u) | 36,347.51 | 36,347.51 | | 36,347.51 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,181,778.51 | $1,181,778.51 | | $580,698.87 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR and Fee Applications submitted to UST for review and approval 2/24/16.

Initial Projected Date of Final Report (TFR): 12/31/2014     Current Projected Date of Final Report (TFR): 06/30/2016

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Case No: 13-13951
Case Name: Town & Country Landscape Supply Co.

Taxpayer ID No: XX-XXX7880
For Period Ending: 03/02/2016

Trustee Name: DEBORAH M. GUTFELD
Bank Name: Associated Bank
Account Number/CD#: XXXXXX6367
Checking
Blanket Bond (per case limit): $100,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/11/13 | 1 | Lakeside Bank | Balance of bank account ending 4900 | 1129-000 | $55,637.59 | | $55,637.59 |
| 07/25/13 | 7 | Scott Mueller | Purchase of Sale Assets | 1129-000 | $205,000.00 | | $260,637.59 |
| 07/31/13 | 101 | Lakeside Bank 2141 S. Indiana Ave. Chicago, IL 60616 | Security interest in and lien on Sale Assets | 4210-000 | | $128,000.00 | $132,637.59 |
| 07/31/13 | 102 | Kinder Morgan 8500 West 68th Street Summit, IL 60501 | Sale Assets sublease | 4210-000 | | $47,000.00 | $85,637.59 |
| 08/05/13 | 4 | Discovery Benefits, Inc. 3216 13th Ave. S. P.O. Box 9528 Fargo, ND 58108-9528 | Invoice Jul13 1398 | 1290-000 | $2,169.06 | | $87,806.65 |
| 08/05/13 | 4 | Lincoln Financial Group Lincoln National Life Ins. Co. Greensboro, NC 27401 | Premium Refund | 1290-000 | $4.08 | | $87,810.73 |
| 08/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $82.84 | $87,727.89 |
| 08/09/13 | 4 | First Insurance Funding 450 Skokie Blvd., Suite 1000 P.O. Box 3306 Northbrook, Illinois 60065-3306 | Ref: 1684507OP 06202013 | 1290-000 | $2,511.37 | | $90,239.26 |
| 09/09/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $187.77 | $90,051.49 |
| 09/23/13 | 4 | Lakeside Bank | Remitter: Town & Country Landscape Supply Co | 1290-000 | $1,116.57 | | $91,168.06 |
| 09/23/13 | 4 | Brenda Porter Helms, Trustee 3400 W. Lawrence Avenue Chicago, IL 60625 | Payment from Estate of Villa Park Material Company, Inc. | 1290-000 | $1,465.70 | | $92,633.76 |
| 10/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $130.46 | $92,503.30 |
| 10/30/13 | 7 | Global Materials, Inc. | Payment for Debtor's remaining inventory located at its bagging plant per 10.29.13 court order | 1129-000 | $35,000.00 | | $127,503.30 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-13951 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Town & Country Landscape Supply Co. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6367 |
| | Checking |
| Taxpayer ID No: XX-XXX7880 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 03/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/07/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $140.88 | $127,362.42 |
| 11/20/13 | 4 | RTS Financial Group, LLC 3021 NE 72nd Dr. STE 9-329 Vancouver, WA 98661 | Invoice #0001-8476 | 1290-000 | $7,000.00 | | $134,362.42 |
| 12/06/13 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $186.59 | $134,175.83 |
| 01/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $199.47 | $133,976.36 |
| 01/28/14 | 7 | Mobile Lift Sales & Service, Inc. 807 West Brink Street Harvard, IL 60033 | Payment for three forklifts and two trailers per 01.28.14 court order | 1290-000 | $10,000.00 | | $143,976.36 |
| 01/28/14 | 103 | Lakeside Bank c/o Stan Bochnowski, Indiana Branch 2141 S. Indiana Ave. Chicago, IL 60616 | Payments for security interest and liens per 10.29.13 and 01.28.14 court orders | 4210-000 | | $27,000.00 | $116,976.36 |
| 02/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $199.34 | $116,777.02 |
| 03/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $156.83 | $116,620.19 |
| 03/25/14 | 4 | Home Depot U.S.A., Inc. Payables Department P.O. Box 105715 Atlanta, GA 30348-5715 | Ref: Remittance data sent via EDI | 1290-000 | $0.66 | | $116,620.85 |
| 03/25/14 | 4 | Allen Landscape Centre 1502 Lincoln Highway Schererville, IN 46375 | Ref: No memo | 1121-000 | $4,500.00 | | $121,120.85 |
| 03/25/14 | 4 | Nicor Gas An AGL Resources Company P.O. Box 4569 Atlanta, GA 30302 | Ref: Invoice Number 8543041000 | 1290-000 | $62.01 | | $121,182.86 |

| | | | | | | |
|---|---|---|---|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 5)* | | Page Subtotals: | | | $21,562.67 | $27,883.11 |

Case 13-13951    Doc 114    Filed 03/03/16    Entered 03/03/16 09:38:29    Desc Main
**FORM 2**
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD
Document    Page 6 of 22

Exhibit B

Case No: 13-13951

Case Name: Town & Country Landscape Supply Co.

Trustee Name: DEBORAH M. GUTFELD

Bank Name: Associated Bank

Account Number/CD#: XXXXXX6367

Checking

Taxpayer ID No: XX-XXX7880

Blanket Bond (per case limit): $100,000.00

For Period Ending: 03/02/2016

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/31/14 | 7 | Tamling Industries | Payment for trailer unit VIN 1TKFA2820WB043428 per 03.25.14 court order | 1129-000 | $7,000.00 | | $128,182.86 |
| 04/01/14 | 7 | Victor Cuevas of Caves Trucking 2152 W. Wicklow Lane Round Lake, IL 60073 | Payment for trailer unit no. 425, VIN 1TTF4520X51076727 per 03.25.14 court order | 1129-000 | $5,000.00 | | $133,182.86 |
| 04/01/14 | 104 | Lakeside Bank c/o Stan Bochnowski, Indiana Branch 2141 S. Indiana Avenue Chicago, IL 60616 | Payments for security interest and liens per 03.25.14 court orders | 4210-000 | | $6,000.00 | $127,182.86 |
| 04/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $176.61 | $127,006.25 |
| 05/07/14 | 7 | Mario Rivas | Payment per 05.01.14 court order | 1129-000 | $5,000.00 | | $132,006.25 |
| 05/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $184.46 | $131,821.79 |
| 05/08/14 | 7 | BMO Harris Bank Cashier's Check Remitter: Greener Gardens Sod Farm L.L.C. | Payment for trailers per 05.01.14 court order | 1129-000 | $10,000.00 | | $141,821.79 |
| 05/08/14 | 7 | VFF Transfer Inc. | Payment per 05.01.14 court order | 1129-000 | $8,000.00 | | $149,821.79 |
| 05/09/14 | 105 | Lakeside Bank c/o Stan Bochnowski, Indiana Branch 2141 S. Indiana Avenue Chicago, IL 60616 | Payment per terms of Bills of Sale | 4210-000 | | $11,500.00 | $138,321.79 |
| 06/06/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $206.58 | $138,115.21 |
| 06/10/14 | 4 | High Prairie Landscape Supply, LLC W363 Walworth Street Genoa City, WI 53128 | Ref: Cust. #3205 ***PAYMENT IN FULL*** | 1121-000 | $6,150.52 | | $144,265.73 |
| 06/19/14 | 4 | Don Spender Lawncare Inc. P.O. Box 345 South Holland, IL 60473-2643 | Ref: No memo | 1121-000 | $2,100.00 | | $146,365.73 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*    Page Subtotals:    $43,250.52    $18,067.65

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-13951 | Trustee Name: DEBORAH M. GUTFELD | |
| Case Name: Town & Country Landscape Supply Co. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX6367 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7880 | Blanket Bond (per case limit): $100,000.00 | |
| For Period Ending: 03/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/19/14 | 4 | Liesener Soils Inc. 1365 Spring Valley Rd. Jackson, WI 53037 | Ref: No memo | 1121-000 | $10,236.31 | | $156,602.04 |
| 07/02/14 | 7 | Cashier's Check Remitter: Global Materials, Inc. | Payment for vehicles per 06.26.14 court order | 1129-000 | $18,000.00 | | $174,602.04 |
| 07/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $211.11 | $174,390.93 |
| 07/11/14 | 7 | Cashier's check Remitter: Adam J. Green | Payment for vehicles per 06.26.14 court order | 1129-000 | $19,500.00 | | $193,890.93 |
| 07/11/14 | 7 | Cashier's check Remitter: VFF Transfer Inc. | Payment for vehicle (VIN 3NKMLD9X9VF751038) per 06.26.14 court order | 1129-000 | $3,500.00 | | $197,390.93 |
| 07/11/14 | 7 | Northwestbank 3106 North Rockton Avenue Rockford, Illinois 61103 Remitter: Martin Jasso 1913 S. 6th St. | Payment for vehicle (VIN 1XKADU9X23J393910) per 07.10.14 court order | 1129-000 | $12,000.00 | | $209,390.93 |
| 07/11/14 | 7 | PNC Bank Cashier's Check Remitter: Penny S. Solis-Jimenez & Davis Solis | Payment for vehicle (VIN 1XKADU9X84J064114) per 07.10.14 court order | 1129-000 | $10,000.00 | | $219,390.93 |
| 07/22/14 | 4 | Don Spender Lawncare Inc. P.O. Box 345 South Holland, IL 60473-2643 | Ref: No memo | 1129-000 | $2,000.00 | | $221,390.93 |
| 07/31/14 | 106 | Lakeside Bank 55 W. Wacker Dr., Suite 100 Chicago, IL 60601 | Payments per court orders from vehicle sales | 4110-000 | | $31,500.00 | $189,890.93 |
| 08/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $297.24 | $189,593.69 |
| 08/27/14 | 4 | RR Landscape Supply 3900 W. 167th Street Markham, IL 60428 | Ref: Final Payment Town & Country Inventory Purchase | 1121-000 | $101,397.49 | | $290,991.18 |
| 09/05/14 | 8 | MDC Contracting 05481 U.S. 31 South Charlevoix, MI 49720 | Payment for preference claims per 08.21.14 court order | 1241-000 | $3,424.08 | | $294,415.26 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*      Page Subtotals:     $180,057.88     $32,008.35

## FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 13-13951 | Trustee Name: DEBORAH M. GUTFELD | |
| Case Name: Town & Country Landscape Supply Co. | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX6367 | |
| | Checking | |
| Taxpayer ID No: XX-XXX7880 | Blanket Bond (per case limit): $100,000.00 | |
| For Period Ending: 03/02/2016 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/05/14 | 8 | Hydraulic Press Brick Company 5505 W. 74th Street Indianapolis, IN 46268 | Payment for preference claims per 08.21.14 court order | 1241-000 | $2,476.65 | | $296,891.91 |
| 09/05/14 | 8 | Avalon Petroleum Company 200 East Court St., Ste. 720 Kankakee, IL 60901 | Payment for preference claims per 08.21.14 court order | 1241-000 | $12,946.78 | | $309,838.69 |
| 09/05/14 | 8 | Oldcastle Architectural 900 Ashwood Pkwy, Suite 600 Atlanta, GA 30338 | Payment for preference claims per 08.21.14 court order | 1241-000 | $17,500.00 | | $327,338.69 |
| 09/08/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $308.88 | $327,029.81 |
| 10/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $458.29 | $326,571.52 |
| 11/07/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $485.52 | $326,086.00 |
| 12/05/14 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $469.17 | $325,616.83 |
| 01/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $484.05 | $325,132.78 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $483.41 | $324,649.37 |
| 02/19/15 | 107 | Arnstein & Lehr LLP 120 South Riverside Plaza Suite 1200 Chicago, IL 60606-3910 | Payment per 02.19.15 court order | | | $113,153.47 | $211,495.90 |
| | | Arnstein & Lehr LLP | Payment per 02.19.15 court order   ($104,633.00) | 3210-000 | | | |
| | | Arnstein & Lehr LLP | Payment per 02.19.15 court order   ($8,520.47) | 3220-000 | | | |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $403.40 | $211,092.50 |

| | | |
|---|---|---|
| UST Form 101-7-TFR (5/1/2011) *(Page: 8)* | Page Subtotals: | $32,923.43   $116,246.19 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 13-13951 | Trustee Name: DEBORAH M. GUTFELD |
| Case Name: Town & Country Landscape Supply Co. | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX6367 |
| | Checking |
| Taxpayer ID No: XX-XXX7880 | Blanket Bond (per case limit): $100,000.00 |
| For Period Ending: 03/02/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $313.84 | $210,778.66 |

| | | |
|---|---|---|
| COLUMN TOTALS | $580,698.87 | $369,920.21 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $580,698.87 | $369,920.21 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $580,698.87 | $369,920.21 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $313.84 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX6367 - Checking | $580,698.87 | $369,920.21 | $210,778.66 |
| | $580,698.87 | $369,920.21 | $210,778.66 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $580,698.87 |
| Total Gross Receipts: | $580,698.87 |

Page Subtotals:                                    $0.00          $0.00

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-13951                                                                                                    Date: March 2, 2016

Debtor Name: Town & Country Landscape Supply Co.

Claims Bar Date: 10/11/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | DEBORAH M. GUTFELD 131 S. DEARBORN STREET, SUITE 1700 CHICAGO, IL 60603-5559 | Administrative Payment Status: Valid To Pay | | $0.00 | $32,284.94 | $32,284.94 |
| 100 3210 | Arnstein & Lehr LLP 120 South Riverside Plaza Suite 1200 Chicago, IL 60606-3910 | Administrative Payment Status: Valid To Pay | | $0.00 | $12,221.00 | $12,221.00 |
| 100 3220 | Arnstein & Lehr LLP 120 South Riverside Plaza Suite 1200 Chicago, IL 60606-3910 | Administrative Payment Status: Valid To Pay | | $0.00 | $1,461.56 | $1,461.56 |
| 100 3410 | Popowcer Katten, Ltd. 35 E. Wacker Drive, Suite 1550 Chicago, IL 60601-2124 | Administrative Payment Status: Valid To Pay | | $0.00 | $7,629.50 | $7,629.50 |
| 29 230 5300 | Pedro Munoz 8109 W. Duane Drive Frankfort, Il 60423 | Priority Payment Status: Valid To Pay | Date Filed: 08/28/2013 | $0.00 | $2,154.00 | $2,154.00 |
| 41 230 5300 | Roberto S. Garza 15711 Central Park Ave Markham, Il 60428 | Priority Payment Status: Valid To Pay | Date Filed: 09/27/2013 | $0.00 | $2,278.00 | $2,278.00 |
| 42 230 5300 | Evangelina Rodriguez 432 N Strieff Lane Glenwood, Il 60425 | Priority Payment Status: Valid To Pay | Date Filed: 09/27/2013 | $0.00 | $3,148.64 | $3,148.64 |
| 43 230 5300 | Eric L. Bonds Po Box 403 Midlothian, Il 60445 | Priority Payment Status: Valid To Pay | Date Filed: 10/01/2013 | $0.00 | $2,278.00 | $2,278.00 |
| 44 230 5300 | Roger Harris 16740 Forestview Drive Tinley Park, Il 60477 | Priority Payment Status: Valid To Pay | Date Filed: 10/02/2013 | $0.00 | $1,692.00 | $1,692.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-13951                                                                                                  Date: March 2, 2016

Debtor Name: Town & Country Landscape Supply Co.

Claims Bar Date: 10/11/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 45 230 5300 | Joe Land 12303 69Th Ave Palos Heights, Il 60463 | Priority Payment Status: Valid To Pay | Date Filed: 10/07/2013 | $0.00 | $8,400.00 | $8,400.00 |
| 51 230 5300 | Rafael Garcia 38 W 23Rd St Chicago Heights, Il 60411 | Priority Payment Status: Valid To Pay | Date Filed: 10/11/2013 | $0.00 | $3,462.40 | $3,462.40 |
| 52 230 5300 | Antonio Hernandez 10803 S Colhoon Ave Apt 1 Chicago, Il 60617 | Priority Payment Status: Valid To Pay | Date Filed: 10/22/2013 | $0.00 | $840.00 | $840.00 |
| 53 230 5300 | Felix Gutierrez 10622 Avenue G Chicago, Il 60617 | Priority Payment Status: Valid To Pay | Date Filed: 10/24/2013 | $0.00 | $2,400.00 | $2,400.00 |
| 27 280 5800 | Illinois Department Of Revenue Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Priority Payment Status: Withdrawn | Date Filed: 08/12/2013 | $0.00 | $258,396.85 | $258,396.85 |
| 54 280 5800 | Internal Revenue Service Po Box 7346 Philadelphia, Pa 19101-7346 | Priority Payment Status: Withdrawn | Date Filed: 09/19/2014 | $0.00 | $3,620.00 | $3,620.00 |
| 1 300 7100 | Knox Fertilizer Company, Inc. P.O. Box 248 West Culver Road Knox, In 46534 | Unsecured Payment Status: Valid To Pay | Date Filed: 06/14/2013 | $0.00 | $42,530.62 | $42,530.62 |
| 2 300 7100 | Midwest Salt Solutions, Inc. P.O. Box 87156 Carol Stream, Il 60188 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/15/2013 | $0.00 | $77,870.26 | $77,870.26 |
| 3 300 7100 | Jack Gray Transportation Services, Inc 4600 E 15Th Ave Gary, In 46403 | Unsecured Payment Status: Valid To Pay | Date Filed: 07/22/2013 | $0.00 | $6,300.54 | $6,300.54 |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-13951                                                                                    Date: March 2, 2016

Debtor Name: Town & Country Landscape Supply Co.

Claims Bar Date: 10/11/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4<br>300<br>7100 | Jack Gray Transportation Services, Inc<br>4600 E 15Th Ave<br>Gary, In 46403 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/22/2013 | $0.00 | $20,067.90 | $20,067.90 |
| 5<br>300<br>7100 | Klink Trucking, Inc<br>Po Box 428<br>Ashley, In 46705 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/22/2013 | $0.00 | $3,934.02 | $3,934.02 |
| 6<br>300<br>7100 | Shaker Recruitment Adv. & Communications<br>11 Lake St 3Rd Fl<br>Oak Park, Il 60301 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/22/2013 | $0.00 | $300.00 | $300.00 |
| 7<br>300<br>7100 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville Fl 32256 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/24/2013 | $0.00 | $7,516.43 | $7,516.43 |
| 8<br>300<br>7100 | Pitney Bowes Inc<br>4901 Belfort Rd, Ste 120<br>Jacksonville Fl 32256 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/24/2013 | $0.00 | $975.69 | $975.69 |
| 9<br>300<br>7100 | Halquist Stone Company, Inc.<br>C/O Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwaukee, Wisconsin 53212 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/24/2013 | $0.00 | $2,056.45 | $2,056.45 |
| 10<br>300<br>7100 | Badger Sandstone, Llc<br>C/O Kohner, Mann & Kailas, S.C.<br>4650 North Port Washington Road<br>Milwakee, Wisconsin 53212 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/24/2013 | $0.00 | $7,677.85 | $7,677.85 |
| 11<br>300<br>7100 | National Cocoa Shell Distr.Inc<br>207 East Buffalo St.,St.#543<br>Milwaukee, Wi 53202 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/25/2013 | $0.00 | $23,361.97 | $23,361.97 |
| 12<br>300<br>7100 | M&M Auto Glass Service<br>4047 W. 147Th Street<br>Midlothian, Il 60445 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/25/2013 | $0.00 | $890.00 | $890.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 13)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-13951                                                                                                    Date: March 2, 2016

Debtor Name: Town & Country Landscape Supply Co.

Claims Bar Date: 10/11/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 13<br>300<br>7100 | Primary Packaging Inc.<br>10810 Industrial Pkwy Nw<br>Bolivar, Oh 44612 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/25/2013 | $0.00 | $43,756.23 | $43,756.23 |
| 14<br>300<br>7100 | Ppg Industries, Inc.<br>(Formerly Spraylat Corporation,<br>Pelham,<br>One Ppg Place<br>Pittsburgh, Pa 15272 | Unsecured<br>Payment Status:<br>Superseded | Date Filed: 07/26/2013 | $0.00 | $5,950.00 | $5,950.00 |
| 15<br>300<br>7100 | Digeronimo Aggregates Llc<br>6220 E Schaaf Road<br>Independence, Oh 44131 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/29/2013 | $0.00 | $9,718.80 | $9,718.80 |
| 16<br>300<br>7100 | L.G. Everist, Inc<br>Po Box 5829<br>Sioux Falls, Sd 57117 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/29/2013 | $0.00 | $5,252.08 | $5,252.08 |
| 17<br>300<br>7100 | C&A Marketing Corp<br>490 W Wrightwood Avenue<br>Elmhurst, Il 60126 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/29/2013 | $0.00 | $2,830.00 | $2,830.00 |
| 18<br>300<br>7100 | Hydraulic Press Brick Company<br>Attn: Cheri Jones<br>5505 West 74Th Street<br>Indianapolis, In 46268 | Unsecured<br>Payment Status:<br>Withdrawn | Date Filed: 07/29/2013 | $0.00 | $11,868.67 | $11,868.67 |
| 19<br>300<br>7100 | Avalon Petroleum Company<br>Coface North America Insurance<br>Company<br>50 Millstone Rd., Bldg. 100, Ste.<br>360<br>East Windsor, Nj 08520 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/31/2013 | $0.00 | $7,005.89 | $7,005.89 |
| 20<br>300<br>7100 | Midwest Cement Products<br>Po Box 92<br>Woosung, Il 61091 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/30/2013 | $0.00 | $7,053.82 | $7,053.82 |
| 21<br>300<br>7100 | Monarch Mountain Mineral &<br>Aggregates Co<br>P.O. Box 930134<br>Atlanta, Ga 31193-0134 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/30/2013 | $0.00 | $31,447.24 | $31,447.24 |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 14)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-13951                                                                                        Date: March 2, 2016

Debtor Name: Town & Country Landscape Supply Co.

Claims Bar Date: 10/11/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 22<br>300<br>7100 | Airgas Usa, Llc<br>Bankruptcy Department<br>6055 Rockside Woods Blvd, 6Th Floor<br>Independence, Oh 44131 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/02/2013 | $0.00 | $2,065.30 | $2,065.30 |
| 23<br>300<br>7100 | Speedway Llc<br>Po Box 1590<br>Springfield Oh 45501 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/07/2013 | $0.00 | $9,386.35 | $9,386.35 |
| 24<br>300<br>7100 | Hanson Material Service<br>Karen A.Cox<br>7660 Imperial Way<br>Allentown, Pa 18195 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/07/2013 | $0.00 | $7,949.95 | $7,949.95 |
| 25<br>300<br>7100 | Patten Industries Inc.<br>635 W Lake St<br>Elmhurst, Il 60126 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/07/2013 | $0.00 | $933.62 | $933.62 |
| 26<br>300<br>7100 | Cntas Loc #355<br>5100 26Th Avenue | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/09/2013 | $0.00 | $1,210.60 | $1,210.60 |
| 28<br>300<br>7100 | Midwest Trading Horticultural Supplies, Inc<br>P.O. Box 398<br>Maple Park, Il 60151 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 08/15/2013 | $0.00 | $7,481.98 | $7,481.98 |
| 30<br>300<br>7100 | The Jd Russel Company<br>Po Box 183471<br>Shelby Township, Mi 48318-3471 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/03/2013 | $0.00 | $7,247.20 | $7,247.20 |
| 31<br>300<br>7100 | Csx Transportation, Inc.<br>Daniel F Blanks - Mcguire Woods Llp<br>50 N Laura Street, Suite 300<br>Jacksonville, Fl 32202 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/17/2013 | $0.00 | $24,162.96 | $24,162.96 |
| 32<br>300<br>7100 | The Toro Company<br>C/O Gray Plant Mooty Mooty & Bennett, Pa<br>Attn: Henry Wang<br>500 Ids Center<br>80 South 8Th Street<br>Minneapolis, Mn 55402 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/23/2013 | $0.00 | $9,831.57 | $9,831.57 |

UST Form 101-7-TFR (5/1/2011) *(Page: 15)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 13-13951                                                                                   Date: March 2, 2016
Debtor Name: Town & Country Landscape Supply Co.
Claims Bar Date: 10/11/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 33<br>300<br>7100 | Sprint Nextel<br>Attn Bankruptcy Dept<br>Po Box 7949<br>Overland Park Ks 66207-0949 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $9,849.56 | $9,849.56 |
| 34<br>300<br>7100 | H&E Sod Nursery, Inc<br>3900 West 167Th Street<br>Markham, Il 60426 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $1,080,356.01 | $1,080,356.01 |
| 35<br>300<br>7100 | Dale Habenicht<br>Po Box 41<br>Monee, Il 60449 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $1,609,238.36 | $1,609,238.36 |
| 36<br>300<br>7100 | Momence Ltd Partnership<br>20681 Abbey Drive<br>Frankfort, Il 60423 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $81,250.00 | $81,250.00 |
| 37<br>300<br>7100 | Darin Habenicht<br>Po Box 41<br>Monee, Il 60449 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $1,000.00 | $1,000.00 |
| 38<br>300<br>7100 | Heat Leasing<br>3900 West 167Th Street<br>Markham, Il 60426 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $57,507.12 | $57,507.12 |
| 39<br>300<br>7100 | Rodney Earner<br>Po Box 41<br>Monee, Il 60449 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $321,158.25 | $321,158.25 |
| 40<br>300<br>7100 | 3-D Leasing<br>3900 West 167Th Street<br>Markham, Il 60426 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/26/2013 | $0.00 | $218,693.12 | $218,693.12 |
| 46<br>300<br>7100 | Tongue River Stone<br>1408 Stonegate Dr<br>Sheridan, Wy 82801 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/07/2013 | $0.00 | $57,269.84 | $57,269.84 |

UST Form 101-7-TFR (5/1/2011) *(Page: 16)*

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 13-13951                                                        Date: March 2, 2016

Debtor Name: Town & Country Landscape Supply Co.

Claims Bar Date: 10/11/2013

| | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 47<br>300<br>7100 | Jay K. Levy & Associates<br>Po Box 1181<br>Evanston, Il 60201 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/08/2013 | $0.00 | $7,852.40 | $7,852.40 |
| 48<br>300<br>7100 | Theo Janecyk<br>1536 W Vermont St<br>Calumet Park, Il 60827-6320 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/08/2013 | $0.00 | $9,620.00 | $9,620.00 |
| 49<br>300<br>7100 | United Tranzactions, Llc<br>3200 Executive Way<br>Miramar, Fl 33025 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/08/2013 | $0.00 | $545.52 | $545.52 |
| 50<br>300<br>7100 | Lakeside Bank<br>55 W. Wacker Drive<br>Chicago, Il 60601 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/11/2013 | $0.00 | $2,326,779.20 | $2,326,779.20 |
| 54<br>300<br>7100 | Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101-7346 | Unsecured<br>Payment Status:<br>Withdrawn | Date Filed: 06/24/2015 | $0.00 | $0.00 | $0.00 |
| 55<br>300<br>7100 | Avalon Petroleum Company<br>Coface North America Insurance<br>Company<br>50 Millstone Rd., Bldg. 100, Ste.<br>360<br>East Windsor, Nj 08520 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 09/30/2014 | $0.00 | $12,946.78 | $12,946.78 |
| 56<br>300<br>7100 | Ppg Industries, Inc.<br>(Formerly Spraylat Corporation,<br>Pelham,<br>One Ppg Place<br>Pittsburgh, Pa 15272 | Unsecured<br>Payment Status:<br>Valid To Pay | Date Filed: 07/07/2015 | $0.00 | $3,400.00 | $3,400.00 |
| 50<br>400<br>4110 | Lakeside Bank<br>55 W. Wacker Drive<br>Chicago, Il 60601 | Secured<br>Payment Status:<br>Valid To Pay | Date Filed: 10/11/2013 | $0.00 | $104,182.30 | $104,182.30 |
| | Case Totals | | | $0.00 | $6,632,549.34 | $6,632,549.34 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

UST Form 101-7-TFR (5/1/2011) *(Page: 17)*

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-13951
Case Name: Town & Country Landscape Supply Co.
Trustee Name: DEBORAH M. GUTFELD

Balance on hand                                    $          210,778.66

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 50 | Lakeside Bank | $ 104,182.30 | $ 104,182.30 | $ 0.00 | $ 0.00 |

Total to be paid to secured creditors              $          0.00

Remaining Balance                                  $          210,778.66

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 32,284.94 | $ 0.00 | $ 32,284.94 |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ 12,221.00 | $ 0.00 | $ 12,221.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 7,629.50 | $ 0.00 | $ 7,629.50 |
| Other: Arnstein & Lehr LLP | $ 1,461.56 | $ 0.00 | $ 1,461.56 |

Total to be paid for chapter 7 administrative expenses    $          53,597.00

Remaining Balance                                  $          157,181.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 26,653.04  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Pedro Munoz | $ 2,154.00 | $ 0.00 | $ 2,154.00 |
| 41 | Roberto S. Garza | $ 2,278.00 | $ 0.00 | $ 2,278.00 |
| 42 | Evangelina Rodriguez | $ 3,148.64 | $ 0.00 | $ 3,148.64 |
| 43 | Eric L. Bonds | $ 2,278.00 | $ 0.00 | $ 2,278.00 |
| 44 | Roger Harris | $ 1,692.00 | $ 0.00 | $ 1,692.00 |
| 45 | Joe Land | $ 8,400.00 | $ 0.00 | $ 8,400.00 |
| 51 | Rafael Garcia | $ 3,462.40 | $ 0.00 | $ 3,462.40 |
| 52 | Antonio Hernandez | $ 840.00 | $ 0.00 | $ 840.00 |
| 53 | Felix Gutierrez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |

Total to be paid to priority creditors     $_____26,653.04

Remaining Balance     $_____130,528.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,168,281.48  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Knox Fertilizer Company, Inc. | $ 42,530.62 | $ 0.00 | $ 900.00 |
| 2 | Midwest Salt Solutions, Inc. | $ 77,870.26 | $ 0.00 | $ 1,647.83 |
| 3 | Jack Gray Transportation Services, Inc | $ 6,300.54 | $ 0.00 | $ 133.33 |
| 4 | Jack Gray Transportation Services, Inc | $ 20,067.90 | $ 0.00 | $ 424.66 |
| 5 | Klink Trucking, Inc | $ 3,934.02 | $ 0.00 | $ 83.25 |
| 6 | Shaker Recruitment Adv. & Communications | $ 300.00 | $ 0.00 | $ 6.35 |
| 7 | Pitney Bowes Inc | $ 7,516.43 | $ 0.00 | $ 159.06 |
| 8 | Pitney Bowes Inc | $ 975.69 | $ 0.00 | $ 20.65 |
| 9 | Halquist Stone Company, Inc. | $ 2,056.45 | $ 0.00 | $ 43.52 |
| 10 | Badger Sandstone, Llc | $ 7,677.85 | $ 0.00 | $ 162.47 |
| 11 | National Cocoa Shell Distr.Inc | $ 23,361.97 | $ 0.00 | $ 494.37 |
| 12 | M&M Auto Glass Service | $ 890.00 | $ 0.00 | $ 18.83 |
| 13 | Primary Packaging Inc. | $ 43,756.23 | $ 0.00 | $ 925.94 |
| 15 | Digeronimo Aggregates Llc | $ 9,718.80 | $ 0.00 | $ 205.66 |
| 16 | L.G. Everist, Inc | $ 5,252.08 | $ 0.00 | $ 111.14 |
| 17 | C&A Marketing Corp | $ 2,830.00 | $ 0.00 | $ 59.89 |
| 19 | Avalon Petroleum Company | $ 7,005.89 | $ 0.00 | $ 148.25 |
| 20 | Midwest Cement Products | $ 7,053.82 | $ 0.00 | $ 149.27 |
| 21 | Monarch Mountain Mineral & Aggregates Co | $ 31,447.24 | $ 0.00 | $ 665.46 |
| 22 | Airgas Usa, Llc | $ 2,065.30 | $ 0.00 | $ 43.70 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 23 | Speedway Llc | $ 9,386.35 | $ 0.00 | $ 198.63 |
| 24 | Hanson Material Service | $ 7,949.95 | $ 0.00 | $ 168.23 |
| 25 | Patten Industries Inc. | $ 933.62 | $ 0.00 | $ 19.76 |
| 26 | Cntas Loc #355 | $ 1,210.60 | $ 0.00 | $ 25.62 |
| 28 | Midwest Trading Horticultural Supplies, Inc | $ 7,481.98 | $ 0.00 | $ 158.33 |
| 30 | The Jd Russel Company | $ 7,247.20 | $ 0.00 | $ 153.36 |
| 31 | Csx Transportation, Inc. | $ 24,162.96 | $ 0.00 | $ 511.32 |
| 32 | The Toro Company | $ 9,831.57 | $ 0.00 | $ 208.05 |
| 33 | Sprint Nextel | $ 9,849.56 | $ 0.00 | $ 208.43 |
| 34 | H&E Sod Nursery, Inc | $ 1,080,356.01 | $ 0.00 | $ 22,861.70 |
| 35 | Dale Habenicht | $ 1,609,238.36 | $ 0.00 | $ 34,053.51 |
| 36 | Momence Ltd Partnership | $ 81,250.00 | $ 0.00 | $ 1,719.35 |
| 37 | Darin Habenicht | $ 1,000.00 | $ 0.00 | $ 21.16 |
| 38 | Heat Leasing | $ 57,507.12 | $ 0.00 | $ 1,216.92 |
| 39 | Rodney Earner | $ 321,158.25 | $ 0.00 | $ 6,796.11 |
| 40 | 3-D Leasing | $ 218,693.12 | $ 0.00 | $ 4,627.82 |
| 46 | Tongue River Stone | $ 57,269.84 | $ 0.00 | $ 1,211.90 |
| 47 | Jay K. Levy & Associates | $ 7,852.40 | $ 0.00 | $ 166.17 |
| 48 | Theo Janecyk | $ 9,620.00 | $ 0.00 | $ 203.57 |
| 49 | United Tranzactions, Llc | $ 545.52 | $ 0.00 | $ 11.54 |
| 50 | Lakeside Bank | $ 2,326,779.20 | $ 0.00 | $ 49,237.58 |
| 55 | Avalon Petroleum Company | $ 12,946.78 | $ 0.00 | $ 273.97 |
| 56 | Ppg Industries, Inc. | $ 3,400.00 | $ 0.00 | $ 71.96 |

Total to be paid to timely general unsecured creditors          $          130,528.62

Remaining Balance                                                $_____0.00


Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE