## UNITED STATES BANKRUPTCY COURT
### NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Town & Country Landscape Supply Co. | § | Case No. 13-13951 |
| | § | |
| Debtor | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on April 7, 2016 in courtroom 644 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____      By: Deborah M. Gutfeld_____
Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:                                        §
                                              §
Town & Country Landscape Supply Co.           §        Case No. 13-13951
                                              §
            Debtor                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 580,698.87 |
| and approved disbursements of | $ | 369,920.21 |
| leaving a balance on hand of[1] | $ | 210,778.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 50 | Lakeside Bank | $ 104,182.30 | $ 104,182.30 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 210,778.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 32,284.94 | $ 0.00 | $ 32,284.94 |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ 12,221.00 | $ 0.00 | $ 12,221.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 7,629.50 | $ 0.00 | $ 7,629.50 |
| Other: Arnstein & Lehr LLP | $ 1,461.56 | $ 0.00 | $ 1,461.56 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 53,597.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Remaining Balance           $_____ 157,181.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 26,653.04  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Pedro Munoz | $ 2,154.00 | $ 0.00 | $ 2,154.00 |
| 41 | Roberto S. Garza | $ 2,278.00 | $ 0.00 | $ 2,278.00 |
| 42 | Evangelina Rodriguez | $ 3,148.64 | $ 0.00 | $ 3,148.64 |
| 43 | Eric L. Bonds | $ 2,278.00 | $ 0.00 | $ 2,278.00 |
| 44 | Roger Harris | $ 1,692.00 | $ 0.00 | $ 1,692.00 |
| 45 | Joe Land | $ 8,400.00 | $ 0.00 | $ 8,400.00 |
| 51 | Rafael Garcia | $ 3,462.40 | $ 0.00 | $ 3,462.40 |
| 52 | Antonio Hernandez | $ 840.00 | $ 0.00 | $ 840.00 |
| 53 | Felix Gutierrez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |

Total to be paid to priority creditors     $_____ 26,653.04

Remaining Balance           $_____ 130,528.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,168,281.48  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  2.1  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Knox Fertilizer Company, Inc. | $ 42,530.62 | $ 0.00 | $ 900.00 |
| 2 | Midwest Salt Solutions, Inc. | $ 77,870.26 | $ 0.00 | $ 1,647.83 |
| 3 | Jack Gray Transportation Services, Inc | $ 6,300.54 | $ 0.00 | $ 133.33 |
| 4 | Jack Gray Transportation Services, Inc | $ 20,067.90 | $ 0.00 | $ 424.66 |
| 5 | Klink Trucking, Inc | $ 3,934.02 | $ 0.00 | $ 83.25 |
| 6 | Shaker Recruitment Adv. & Communications | $ 300.00 | $ 0.00 | $ 6.35 |
| 7 | Pitney Bowes Inc | $ 7,516.43 | $ 0.00 | $ 159.06 |
| 8 | Pitney Bowes Inc | $ 975.69 | $ 0.00 | $ 20.65 |
| 9 | Halquist Stone Company, Inc. | $ 2,056.45 | $ 0.00 | $ 43.52 |
| 10 | Badger Sandstone, Llc | $ 7,677.85 | $ 0.00 | $ 162.47 |
| 11 | National Cocoa Shell Distr.Inc | $ 23,361.97 | $ 0.00 | $ 494.37 |
| 12 | M&M Auto Glass Service | $ 890.00 | $ 0.00 | $ 18.83 |
| 13 | Primary Packaging Inc. | $ 43,756.23 | $ 0.00 | $ 925.94 |
| 15 | Digeronimo Aggregates Llc | $ 9,718.80 | $ 0.00 | $ 205.66 |
| 16 | L.G. Everist, Inc | $ 5,252.08 | $ 0.00 | $ 111.14 |
| 17 | C&A Marketing Corp | $ 2,830.00 | $ 0.00 | $ 59.89 |
| 19 | Avalon Petroleum Company | $ 7,005.89 | $ 0.00 | $ 148.25 |
| 20 | Midwest Cement Products | $ 7,053.82 | $ 0.00 | $ 149.27 |
| 21 | Monarch Mountain Mineral & Aggregates Co | $ 31,447.24 | $ 0.00 | $ 665.46 |
| 22 | Airgas Usa, Llc | $ 2,065.30 | $ 0.00 | $ 43.70 |
| 23 | Speedway Llc | $ 9,386.35 | $ 0.00 | $ 198.63 |
| 24 | Hanson Material Service | $ 7,949.95 | $ 0.00 | $ 168.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Patten Industries Inc. | $ 933.62 | $ 0.00 | $ 19.76 |
| 26 | Cntas Loc #355 | $ 1,210.60 | $ 0.00 | $ 25.62 |
| 28 | Midwest Trading Horticultural Supplies, Inc | $ 7,481.98 | $ 0.00 | $ 158.33 |
| 30 | The Jd Russel Company | $ 7,247.20 | $ 0.00 | $ 153.36 |
| 31 | Csx Transportation, Inc. | $ 24,162.96 | $ 0.00 | $ 511.32 |
| 32 | The Toro Company | $ 9,831.57 | $ 0.00 | $ 208.05 |
| 33 | Sprint Nextel | $ 9,849.56 | $ 0.00 | $ 208.43 |
| 34 | H&E Sod Nursery, Inc | $ 1,080,356.01 | $ 0.00 | $ 22,861.70 |
| 35 | Dale Habenicht | $ 1,609,238.36 | $ 0.00 | $ 34,053.51 |
| 36 | Momence Ltd Partnership | $ 81,250.00 | $ 0.00 | $ 1,719.35 |
| 37 | Darin Habenicht | $ 1,000.00 | $ 0.00 | $ 21.16 |
| 38 | Heat Leasing | $ 57,507.12 | $ 0.00 | $ 1,216.92 |
| 39 | Rodney Earner | $ 321,158.25 | $ 0.00 | $ 6,796.11 |
| 40 | 3-D Leasing | $ 218,693.12 | $ 0.00 | $ 4,627.82 |
| 46 | Tongue River Stone | $ 57,269.84 | $ 0.00 | $ 1,211.90 |
| 47 | Jay K. Levy & Associates | $ 7,852.40 | $ 0.00 | $ 166.17 |
| 48 | Theo Janecyk | $ 9,620.00 | $ 0.00 | $ 203.57 |
| 49 | United Tranzactions, Llc | $ 545.52 | $ 0.00 | $ 11.54 |
| 50 | Lakeside Bank | $ 2,326,779.20 | $ 0.00 | $ 49,237.58 |
| 55 | Avalon Petroleum Company | $ 12,946.78 | $ 0.00 | $ 273.97 |
| 56 | Ppg Industries, Inc. | $ 3,400.00 | $ 0.00 | $ 71.96 |

Total to be paid to timely general unsecured creditors        $        130,528.62

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld

Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.