UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Town & Country Landscape Supply Co. §   Case No. 13-13951
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DEBORAH M. GUTFELD, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must file a written objection within 21 days from the mailing of this notice, serve a copy of the objection upon the trustee, any party whose application is being challeneged and the United States Trustee. A hearing on the fee application and any objection to the Final Report will be held at 10:30 a.m. on April 7, 2016 in courtroom 644 at 219 South Dearborn Street, Chicago, Illinois 60604.

If no objections are filed, upon entry of an order on the fee application, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____        By: Deborah M. Gutfeld_____
                                         Chapter 7 Trustee

DEBORAH M. GUTFELD
DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE
131 S. DEARBORN STREET
SUITE 1700
CHICAGO, IL 60603

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Town & Country Landscape Supply Co. §   Case No. 13-13951
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 580,698.87 |
| and approved disbursements of | $ | 369,920.21 |
| leaving a balance on hand of[1] | $ | 210,778.66 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 50 | Lakeside Bank | $ 104,182.30 | $ 104,182.30 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 210,778.66 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DEBORAH M. GUTFELD | $ 32,284.94 | $ 0.00 | $ 32,284.94 |
| Attorney for Trustee Fees: Arnstein & Lehr LLP | $ 12,221.00 | $ 0.00 | $ 12,221.00 |
| Accountant for Trustee Fees: Popowcer Katten, Ltd. | $ 7,629.50 | $ 0.00 | $ 7,629.50 |
| Other: Arnstein & Lehr LLP | $ 1,461.56 | $ 0.00 | $ 1,461.56 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 53,597.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Remaining Balance $ 157,181.66

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 26,653.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 29 | Pedro Munoz | $ 2,154.00 | $ 0.00 | $ 2,154.00 |
| 41 | Roberto S. Garza | $ 2,278.00 | $ 0.00 | $ 2,278.00 |
| 42 | Evangelina Rodriguez | $ 3,148.64 | $ 0.00 | $ 3,148.64 |
| 43 | Eric L. Bonds | $ 2,278.00 | $ 0.00 | $ 2,278.00 |
| 44 | Roger Harris | $ 1,692.00 | $ 0.00 | $ 1,692.00 |
| 45 | Joe Land | $ 8,400.00 | $ 0.00 | $ 8,400.00 |
| 51 | Rafael Garcia | $ 3,462.40 | $ 0.00 | $ 3,462.40 |
| 52 | Antonio Hernandez | $ 840.00 | $ 0.00 | $ 840.00 |
| 53 | Felix Gutierrez | $ 2,400.00 | $ 0.00 | $ 2,400.00 |

Total to be paid to priority creditors $ 26,653.04

Remaining Balance $ 130,528.62

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,168,281.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Knox Fertilizer Company, Inc. | $ 42,530.62 | $ 0.00 | $ 900.00 |
| 2 | Midwest Salt Solutions, Inc. | $ 77,870.26 | $ 0.00 | $ 1,647.83 |
| 3 | Jack Gray Transportation Services, Inc | $ 6,300.54 | $ 0.00 | $ 133.33 |
| 4 | Jack Gray Transportation Services, Inc | $ 20,067.90 | $ 0.00 | $ 424.66 |
| 5 | Klink Trucking, Inc | $ 3,934.02 | $ 0.00 | $ 83.25 |
| 6 | Shaker Recruitment Adv. & Communications | $ 300.00 | $ 0.00 | $ 6.35 |
| 7 | Pitney Bowes Inc | $ 7,516.43 | $ 0.00 | $ 159.06 |
| 8 | Pitney Bowes Inc | $ 975.69 | $ 0.00 | $ 20.65 |
| 9 | Halquist Stone Company, Inc. | $ 2,056.45 | $ 0.00 | $ 43.52 |
| 10 | Badger Sandstone, Llc | $ 7,677.85 | $ 0.00 | $ 162.47 |
| 11 | National Cocoa Shell Distr.Inc | $ 23,361.97 | $ 0.00 | $ 494.37 |
| 12 | M&M Auto Glass Service | $ 890.00 | $ 0.00 | $ 18.83 |
| 13 | Primary Packaging Inc. | $ 43,756.23 | $ 0.00 | $ 925.94 |
| 15 | Digeronimo Aggregates Llc | $ 9,718.80 | $ 0.00 | $ 205.66 |
| 16 | L.G. Everist, Inc | $ 5,252.08 | $ 0.00 | $ 111.14 |
| 17 | C&A Marketing Corp | $ 2,830.00 | $ 0.00 | $ 59.89 |
| 19 | Avalon Petroleum Company | $ 7,005.89 | $ 0.00 | $ 148.25 |
| 20 | Midwest Cement Products | $ 7,053.82 | $ 0.00 | $ 149.27 |
| 21 | Monarch Mountain Mineral & Aggregates Co | $ 31,447.24 | $ 0.00 | $ 665.46 |
| 22 | Airgas Usa, Llc | $ 2,065.30 | $ 0.00 | $ 43.70 |
| 23 | Speedway Llc | $ 9,386.35 | $ 0.00 | $ 198.63 |
| 24 | Hanson Material Service | $ 7,949.95 | $ 0.00 | $ 168.23 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 25 | Patten Industries Inc. | $ 933.62 | $ 0.00 | $ 19.76 |
| 26 | Cntas Loc #355 | $ 1,210.60 | $ 0.00 | $ 25.62 |
| 28 | Midwest Trading Horticultural Supplies, Inc | $ 7,481.98 | $ 0.00 | $ 158.33 |
| 30 | The Jd Russel Company | $ 7,247.20 | $ 0.00 | $ 153.36 |
| 31 | Csx Transportation, Inc. | $ 24,162.96 | $ 0.00 | $ 511.32 |
| 32 | The Toro Company | $ 9,831.57 | $ 0.00 | $ 208.05 |
| 33 | Sprint Nextel | $ 9,849.56 | $ 0.00 | $ 208.43 |
| 34 | H&E Sod Nursery, Inc | $ 1,080,356.01 | $ 0.00 | $ 22,861.70 |
| 35 | Dale Habenicht | $ 1,609,238.36 | $ 0.00 | $ 34,053.51 |
| 36 | Momence Ltd Partnership | $ 81,250.00 | $ 0.00 | $ 1,719.35 |
| 37 | Darin Habenicht | $ 1,000.00 | $ 0.00 | $ 21.16 |
| 38 | Heat Leasing | $ 57,507.12 | $ 0.00 | $ 1,216.92 |
| 39 | Rodney Earner | $ 321,158.25 | $ 0.00 | $ 6,796.11 |
| 40 | 3-D Leasing | $ 218,693.12 | $ 0.00 | $ 4,627.82 |
| 46 | Tongue River Stone | $ 57,269.84 | $ 0.00 | $ 1,211.90 |
| 47 | Jay K. Levy & Associates | $ 7,852.40 | $ 0.00 | $ 166.17 |
| 48 | Theo Janecyk | $ 9,620.00 | $ 0.00 | $ 203.57 |
| 49 | United Tranzactions, Llc | $ 545.52 | $ 0.00 | $ 11.54 |
| 50 | Lakeside Bank | $ 2,326,779.20 | $ 0.00 | $ 49,237.58 |
| 55 | Avalon Petroleum Company | $ 12,946.78 | $ 0.00 | $ 273.97 |
| 56 | Ppg Industries, Inc. | $ 3,400.00 | $ 0.00 | $ 71.96 |

Total to be paid to timely general unsecured creditors     $    130,528.62

Remaining Balance     $    0.00

     Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

     Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Deborah M. Gutfeld
                          Chapter 7 Trustee

*DEBORAH M. GUTFELD*
*DEBORAH M. GUTFELD, AS CHAPTER 7 TRUSTEE*
*131 S. DEARBORN STREET*
*SUITE 1700*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 13-13951-PSH
Town & Country Landscape Supply Co.,                                      Chapter 7
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: dgomez              Page 1 of 7              Date Rcvd: Mar 04, 2016
                               Form ID: pdf006          Total Noticed: 350

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2016.
```
db              #+Town & Country Landscape Supply Co.,    3900 West 167th St,    Markham, IL 60428-5307
aty              +Arnstein & Lehr LLP,    Arnstein & Lehr,    120 S Riverside Plaza Ste 1200,
                   Chicago, IL 60606-3941
20604773         +10642 S. Mackinaw Ave.,    Chicago, IL 60617-6503
20574129         +3-D Leasing,    3900 West 167th Street,    Markham, IL 60428-5307
20574130         +A&K Railroad Materials, Inc,    PO Box 30076,    Salt Lake City, UT 84130-0076
20574131         +A&R Patio,    5538 Troy Street,    Chicago, IL 60629-2419
20574132         +A. Arteaga Landscape,    276 North 10th Street,    Wheeling, IL 60090-2710
20574133         +A. Superior Compost,    315 Landing Road,    PO Box 478,    Charlestown, IN 47111-0478
20574134         +A.I.D. Radiator Service,    4544 West 137th Street,    Crestwood, IL 60445-1925
20574135          A.M. Leonard,    PO Box 816,    Piqua, OH 45356-0816
20574136         +AAT (U.S), Inc.,    P.O. Box 532076,    Atlanta, GA 30353-2076
20574143         +AID Radiator Comp-Core Dist.,    4544 West 137th Street,    Crestwood, IL 60445-1925
20574150         +ANET Internet Solutions,    216 West Jackson Blvd,    Ste. 1000,    Chicago, IL 60606-6919
20574137         +Abbott Rubber Co., Inc,    2143 Lunt Avenue,    Elk Grove Village, IL 60007-5607
20574066         +Abel Jr. Arteaga,    316 W. Forest Ave,    Apt. 20-,    Round Lake, IL 60073-3569
20574067         +Abel Tinajero,    736 Needlegrass Pkwy,    Antioch, IL 60002-1194
20574138         +Able Electric,    7716 Kolmar Street,    Skokie, IL 60076-3655
20574139         +Action RR Tie Sales, Inc.,    PO Box 6055,    Bloomington, IN 47407-6055
20574140         +Advance Fixture Mart, Inc,    3702 Hawthorne Court,    Waukegan, IL 60087-3222
20574142         +Agema,    2744 Tanage Basin,    New Lenox, IL 60451-2983
20574145          Allied Waste Services #721,    P.O. Box 9001154,    Louisville, KY 40290-1154
20574068         +Amado Ortiz,    2122 W. Wicklow,    Round Lake, IL 60073-9634
20574146         +Amerigas,    2801 E. 175th,    Lansing, IL 60438-1959
20574147          Ameriscape Inc.,    Dept. 771096,    Detroit, MI 48277-1096
20574069         +Amy L. Levernier,    28674 N Monroe St,    Wauconda, IL 60084-3201
20574148         +Anderson Pest Control,    PO Box 600670,    Suite 204,    Jacksonville, FL 32260-0670
20574149         +AndersonsThe,    NW 6172,    P.O Box 1450,    Minneapolis, MN 55485-1450
20574151         +Angel Landscape,    921 Lunga Drive,    Round Lake, IL 60073-2450
20574070         +Angel Villalobos,    246 E 150th Street,    Harvey, IL 60426-2248
20574071          Antonio Hernandez,    10803 S Colhoon Ave Apt 1,    Chicago, IL 60617
20574072         +Ariana Perez,    2212 Elisha Avenue,    Zion, IL 60099-2311
20574152         +Ascom Hasler/GE Cap Prog,    PO Box 802585,    Chicago, IL 60680-2585
20574153         +Aspen Valley Landscape Supply,    P.O. Box 399,    Lockport, IL 60441-6399
20574154         +Atlas Landscaping,    315 E. Palatine Road,    Palatine, IL 60067-5113
20574155         #+Auburn Supply Co.,    3850 West 167th Street,    Markham, IL 60428-5306
20574156         +Auto Glass Unlimited, Inc,    8435 Pyott Road,    Lake in the Hills, IL 60156-9778
20574157         +Avalon Petroleum Company,    7326 Eagle Way,    Chicago, IL 60678-1073
20794111         +Avalon Petroleum Company,    Coface North America Insurance Company,
                   50 Millstone Rd., Bldg. 100, Ste. 360,    East Windsor, NJ 08520-1415
20604723          BNSF Railway Company,    3110 Soltions Center,    Chicago, IL 60677-3001
20604726          BP,    PO Box 70887,    Charlotte, NC 28272-0887
20604715         +Backhaul Direct, LLC,    1 Virginia Ave,    Suite 400,    Indianapolis, IN 46204-3616
20767888         +Badger Sandstone, LLC,    c/o Kohner, Mann & Kailas, S.C.,    4650 North Port Washington Road,
                   Milwakee, Wisconsin 53212-1077
20604716         +Badger Sandstone,LLC,    P.O. Box 168,    Sussex, WI 53089-0168
20604717         +Barge Terminal Trucking, Inc,    PO Box 636,    Oswego, IL 60543-0636
20604718         +Barret Hardware Company,    324 Henderson Avenue,    Joliet, IL 60432-2558
20574073         +Benito Sanchez,    6419 Jackson Ave,    Hammond, IN 46324-1201
20604720          Best Block Company,    P.O. Box 13707,    Milwaukee, WI 53213-0707
20604721         +Best Trailer Equip. Inc.,    20340 Stony Island Ave,    Lynwood, IL 60411-8657
20604722         +Blue Grass Leasing,    3900 W. 167th Street,    Markham, IL 60428-5307
20604724         +Botts Welding & Truck Service,    PO Box 430,    Woodstock, IL 60098-0430
20604725          Bowman Distribution,    PO Box 92601,    Cleveland, OH 44101-2601
20604727         +Bremen Township Road Dist,    16361 S. Kedzie Parkway,    Markham, IL 60428-5599
20604728          Brentwood Industries,    PO Box 827837,    19182-7837,    Philadelphia, PA 19182-7837
20604729         +Breyer Motor Service Inc,    1217 W. 171st Street,    Hazel Crest, IL 60429-1979
20604730          Brown & Bigelow Inc.,    P.O. Box 1450,    NWW 8554,    Minneapolis, MN 55485-8554
20574074         +Bruce A. Trubach,    405 N. Griffin,    Grant Park, IL 60940-7013
20574075         +Bruce Richlik,    4001 E 134th Street,    32 S,    Chicago, IL 60633-1020
20604733         +Buechel Stone Corp.,    N4399 Hwy 175 South,    Fond Du Lac, WI 54937-9225
20604734          Bureau of Motor Vehicles,    Division of Driver Licensing,    Stat. Off. Building Pd. Mail Rm 416,
                   Indianapolis, IN 46204
20604735         +Bussen Terminal,    5000 Bussen Road,    Saint Louis, MO 63129-4405
20604736         +C & A Marketing Corporation,    P.O. Box 1642,    Lombard, IL 60148-8642
20604737         +C&A Marketing Corp,    490 W Wrightwood Avenue,    Elmhurst, IL 60126-1016
20604740         +CCP Industries,    PO Box 73627,    Cleveland, OH 44193-0002
20604741          CDW Computer Centers, Inc,    PO Box 75723,    Chicago, IL 60675-5723
20604766         +CSX Transportation, Inc.,    Daniel F Blanks - McGuire Woods LLP,    50 N Laura Street, Suite 300,
                   Jacksonville, FL 32202-3664
20604767          CSXT N/A 061431,    1659 Solutions Center,    Chicago, IL 60677-1006
20604738         +Capital Telecom Inc.,    265 Oak Street,    Elmhurst, IL 60126-2653
20574076         +Carlos Estrada,    88 East 22nd Street,    Chicago Heights, IL 60411-4277
20604742         +Centegra Occupational Medicine,    13707 West Jackson Street,    Woodstock, IL 60098-3188
```

```
District/off: 0752-1          User: dgomez                Page 2 of 7                    Date Rcvd: Mar 04, 2016
                              Form ID: pdf006             Total Noticed: 350


20604743     +Ceroal, Inc DBA: Bolzano's,    17499 Dixie Hwy,    Hazel Crest, IL 60429-1826
20574077     +Cesar Gutierrez,    516 Buffalo Avenue,    Calumet City, IL 60409-3414
20604745     +Check Systems, Inc.,    Attn: Customer Relations,     7805 Hudson Road, Ste 100,
               Woodbury, MN 55125-1703
20604746     +Chicago Kenworth, Inc,    PO Box 415,    Des Plaines, IL 60016-0007
20604747     +Chicago Tire,    16001 S. Van Drunen Road,    South Holland, IL 60473-1284
21083674     +Chicago Tire Inc,    Jay K. Levy & Associates,    PO Box 1181,    Evanston, IL 60204-1181
20604750      City of Chicago,    Department of Revenue,    Accounts Receivable Division,    Chicago, IL 60602
20604751     +Colorado Lava,    P.O. Box 151,    Milan, IL 61264-0151
20604752     +Colorado Quarries, Inc.,    270 S. 15th Street,    Canon City, CO 81212-3904
20604753      Coloured Aggregates, Inc.,    Specialty Aggregates & Sand,    5 Leith Hill Road,
               TORONTO, ON M2J 1Y9,
20604755     +Comcast Phone LLC,    16333 Collections Center Drive,    Chicago, IL 60693-0163
20604756     +Commercial Pallet Inc.,    2029 W. Hubbard,    Chicago, IL 60612-1609
20604758     +Con-Way Freight,    PO Box 5160,    Portland, OR 97208-5160
20604759     +Conserv FS, Inc,    97791 Eagel Way,    Chicago, IL 60678-0001
20604760      Containers Unlimited Inc,    PO Box #146,    New Lenox, IL 60451-0146
20604761     +Continental Truck Freight,    PO Box 308,    Wilsonville, OR 97070-0308
20604762     +Controlled Temperature Inc,    9241 S. Stony Island Ave,    Chicago, IL 60617-3641
20604763      Cook County Sheriff,    FOPCorrpro Companies, Inc.,    21180 Network Place,
               Chicago, IL 60673-1211
20604764     +Country Scape,    1020 Cedar Lake,    Unit 2 G,    Saint Charles, IL 60174-2279
20604765     +Country Supply,    P.O. Box 728,    Manteno, IL 60950-0728
20574078     +Curnell L. Brown,    12606 S. Justine,    Calumet Park, IL 60827-6010
20604769     +Custom Global Logistics, LLC,    P.O. Box 3330,    Melrose Park, IL 60164-8330
20604779     +DLF-USA,    175 W. H Street,    P.O. Box 229,    Halsey, OR 97348-0229
20604770     +Dale Habenicht,    PO Box 41,    Monee, IL 60449-0041
20604771     +Daley, Mohan, Groble P.C.,    Jennifer E. Schuch,    55 West Monroe , Suite 1600,
               Chicago, IL 60603-5126
20604772     +Darin Habenicht,    PO Box 41,    Monee, IL 60449-0041
20574079     +David V. Piceno,    10642 S. Mackinaw Ave,    Chicago, IL 60617-6503
20574080     +Debra S. Frezza,    One Schober Court,    Cary, IL 60013-2505
20604774     +Debra S. Frezza,    One Schober Court,    Cary, IL 60013Dennis D. Horn,    11973 E 3500 N Rd,
               Momence, IL 60954-3121
20574081     +Dennis D. Horn,    11973 E 3500 N Rd,    Momence, IL 60954-3121
20604775     +Dennis Habenicht,    1120-9 South Lake Shore Drive,    Lake Geneva, WI 53147-2266
20604776      Depke Gases & Welding Supplies,    P.O. Box 967,    Danville, IL 61834-0967
20604778     +DiGeronimo Aggregates LLC,    6220 E Schaaf Road,    Independence, OH 44131-1332
20604777     +Diaz Stone & Pallet ,Inc.,    7686 State Route 167,    Kingsley, PA 18826-6966
20604780     +Donald C. Stinespring Jr,    5414 Hill Road,    PO Box 382,    Richmond, IL 60071-0382
20604781      Duralite Sales, Inc.,    P.O. Box 53,    Palmyra, NJ 08065-0053
20604782     +Eagle Marine Transport Co.,    1 Riverview Avenue,    Sauget, IL 62201-1076
20604783     +EasyPro Pond Products,    4385 East 110th Street,    Grant, MI 49327Ed's Rental & Sales Inc.,
               904 Front Street (RT.31),    MCHENRY, IL 60050-5592
20604784     +Eden Stone Inc.,    W4520 Lime Road,    Eden, WI 53019-1108
20574082     +Efren Landa,    2501 N. Midlothian Road,    Mundelein, IL 60060-1037
20604786      Elmhurst Chicago Stone Co.,    400 W. First Street,    PO Box 57,    Elmhurst, IL 60126-0057
20604787     +Emesco Marine Terminal,    12100 S. Stony Island Avenue,    Chicago, IL 60633-2499
20604788     +Endless Horizon,    1 Schober Court,    CARY, IL 60013-2505
20604789     +Enstrom's,    PO Box 1088,    200 S. Seventh Street,    Grand Junction, CO 81502-1088
20604790      Equifax Information Services, LLC,    P.O. Box 740256,    Atlanta, GA 30374-0256
20574083     +Eric L. Bonds,    PO Box 403,    Midlothian, IL 60445-0403
20604792     +Ero-Tex,    N94W14330 Garwin Mace Drive,    Menomonee Falls, WI 53051-1629
20604793     +Estes Materials,    P.O. Box 161,    Hope, IN 47246-0161
20604794     +Eva Milanowski,    Bankruptcy Administrator,    27 Waterview Drive,    Shelton, CT 06484-4301
20574084     +Evangelina Rodriguez,    432 N Strieff Lane,    Glenwood, IL 60425-1037
20604796      Everist Inc L.G.,    SDS-12-2515,    P.O. Box 86,    Minneapolis, MN 55486-2515
20604797      Experian,    P.O. Box 9701,    Allen, TX 75013-9701
20604798    #+Exxon Mobil,    P.O. Box 688938,    Des Moines, IA 50368-8938
20604799     +Featherock, Inc.,    20219 Bahama Street,    Chatsworth, CA 91311-6204
20604800      Federal Express,    P.O. Box 94515,    Palatine, IL 60094-4515
20574085     +Felipe J. Rendon,    1200 N. Division Street,    Lot #5,    Harvard, IL 60033-1753
20574086     +Felix Gutierrez,    10622 Avenue G,    Chicago, IL 60617-6323
20604803      Fifth Third Bank,    P.O. Box 740523,    Cincinnati, OH 45274-0523
20604805     +File 50658,    Los Angeles, CA 90074-0001
20604804     +First Insurance Funding Corp,    P.O. Box 66468,    Chicago, IL 60666-0468,
               Focus Industries, Inc.
20604806     +Fomo Products, Inc.,    2775 Barber Road,    P.O. Box 1078,    Norton, OH 44203-9478
20604807     +Forge Alloy,    24403 Sinacola Court,    Farmington, MI 48335-1626
20604808     +Fratco , Inc.,    P.O. Box 657,    Saint Anne, IL 60964-0657
20604817     +GS1 US, Inc.,    P.O. Box 71-3034,    Columbus, OH 43271-3034
20604811     +Giamettas Landscaping,    2600 Forest Glen,    Riverwoods, IL 60015-2412
20574087     +Glenn Ford,    17716 Springbrook Circle,    Union, IL 60180-9524
20604813     +Grassland Oregon,    4455 60th Avenue NE,    Salem, OR 97305-3708
20604814      Gray Transport Inc., Jack,    2407 Paysphere Circle,    Chicago, IL 60674-2407
20604815     +Green Acres Landscaping Co,    23262 South 88th Avenue,    Frankfort, IL 60423-9739
20604816     +Grove D.C. Electric, Inc.,    155 Sayton Road,    Fox Lake, IL 60020-1844
20604818     +H&E Sod Nursery Inc.,    13246 E 1250 N Rd,    Momence, IL 60954-3547
20604831     +HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
20604820      Halquist Stone Company,    Box 88033,    Milwaukee, WI 53288-0033
```

```
District/off: 0752-1          User: dgomez              Page 3 of 7              Date Rcvd: Mar 04, 2016
                              Form ID: pdf006           Total Noticed: 350


20767881      +Halquist Stone Company, Inc.,    c/o Kohner, Mann & Kailas, S.C.,
                4650 North Port Washington Road,    Milwaukee, Wisconsin 53212-1077
20604821       Hamer, LLC,    14650 28th Avenue,    Plymouth, MN 55447-4821
20604822      +Hanson Material Service,    15620 Collections Center Drive,    Chicago, IL 60693-0156
20846081      +Hanson Material Service,    Karen A.Cox,    7660 Imperial Way,    Allentown, PA 18195-1016
20604823      +Harper Tire & Auto Service,    PO Box #29,    Schneider, IN 46376-0029
20604824       Harvey Cement Products, Inc.,    16030 Park Avenue,    Harvey, IL 60426-5069
20604825      +Heat Leasing,    3900 West 167th Street,    Markham, IL 60428-5307
20604827      +Henkel Corporation,    1 Henkel Way,    Rocky Hill, CT 06067-3581
20604828      +High Prairie Landscape Supply,    W363 WalWorth Street,    Genoa City, WI 53128-2145
20604829      +Home Depot Credit Services,    P.O. Box 183176,    Dept #32-2502061744,    Columbus, OH 43218-3176
20604830      +Hose Headquarters,    1511 Commerce Drive,    Bourbonnais, IL 60914-4644
20604835       IL Dept. of Revenue-S.F.,    Retailers' Occupation Tax,    Springfield, IL 62796-0001
20604836       IL State Toll Highway,    2700 Ogden Avenu,    Atten: Finance Department,
                Downers Grove, IL 60515-1703
20604837       IL State Troopers,    Ill. Dept. of Revenue-S.F.,    Retailers' Occupation Tax,
                Springfield, IL 62796-0001
20604833      +Ice Mountain,    P.O. Box 856680,    Louisville, KY 40285-6680
20574089      +Ignacio Munoz,    526 N. Pleasant Drive,    Glenwood, IL 60425-1251
20604838      +Illiana Block & Brick,    PO Box 1039,    Crown Point, IN 46308-1039
20604839       Illinois Depart.of Agriculture,    Bureau of Environmental Prog.,    P.O. Box 19281,
                Springfield, IL 62794-9281
20604841       Ingalls Occupational Health,    75 Remittance Drive,    Suite #1660,    CHICAGO, IL 60675-1660
20604842      +Installation Specialists, Inc,    Interstate Battery System-Fox,    333 W.State Road Unit D,
                Island Lake, IL 60042-9704
20604843       Iron Mountain Trap Rock co.,    P.O. Box 500816,    Saint Louis, MO 63150-0816
20604844      +J B Nursery Rock, LLC.,    P.O. Box 232,    Cadet, MO 63630-0232
20604845      +J.C. Stone,    506 Windlass Drive,    Lenoir City, TN 37772-4992
20604846       J.D. Russell Company,    P.O. Box 183471,    Shelby Township, MI 48318-3471
20604851      +JM Enterprises,    P.O. Box 510,    Clarion, IA 50525-0510
20604852      +JMB Logistics, Inc.,    P.O. Box 486,    Plover, WI 54467-0486
20604847      +Jabaay's Outdoor Creation,    23320 S. Lagrange,    FRANKFORT, IL 60423-7915
20759895      +Jack Gray Transportation Services, Inc,    4600 E 15th Ave,    Gary, IN 46403-3699
20574090      +James M. Peterson,    6749 South Pointe Drive,    Unit 3b,    Tinley Park, IL 60477-6288
20604849      +Jefferson Pilot,    P.O.Box 0821,    Carol Stream, IL 60132-0821
20574091      +Jesus A. Ramos-Gutierres,    516 Buffalo,    Calumet City, IL 60409-3414
20574092     #+Joe Land,    12303 69th Ave,    Palos Heights, IL 60463-1625
20574093      +Jonathan E. Barry,    15321 Las Flores Lan,    Oak Forest, IL 60452-1822
20604855      +Jonathan Green,    P.O. Box 326,    Farmingdale, NJ 07727-0326
20574094       Jose B. Cisneros,    5030 Round Lake Drive,    Round Lake, IL 60073
20574095      +Jose J. Rodriguez,    540 Illinois Avenue,    Glenwood, IL 60425-1018
20574096      +Jose S. Aguirre,    15836 Fisk Avenue,    Harvey, IL 60426-5116
20604860      +Judi Saffran,    605 Gatewood,    Lowell, IN 46356-2537
20574098      +Karen P. Bauer,    16363 W. Diane Way,    Manhattan, IL 60442-9776
20604862      +Kellyco, Inc.,    1944 N. 35th Road,    Ottawa, IL 61350-9054
20604863       Kinder Morgan -Liquids Termina,    Dept.3019,    P.O. Box 201607,    Dallas, TX 75320-1607
20604864      +Klink Trucking, Inc.,    P.O. Box 428,    Ashley, IN 46705-0428
20604865      +Knox Fertilizer Company, Inc.,    Teller, Levit & Silvertrust PC,
                19 South LaSalle Street, Suite 701,    Chicago, IL 60603-6369
20610274      +Knox Fertilizer Company, Inc.,    c/o Teller, Levit & Silvertrust, P.C.,
                19 S. LaSalle Suite 701,    Chicago, Illinois 60603-1431
20604866       Kohner Mann & Kailas,    Washington Building Barnabas Cntr,    4650 N. Port Washington Road,
                Milwaukee, WI 53212-1059
20787720      +L.G. Everist, Inc,    PO Box 5829,    Sioux Falls, SD 57117-5829
20604873      +LCS.Landscaping & Construction,    2233 Palmer Drive, Ste.B,    Schaumburg, IL 60173-3806
20604868      +LaGrange Country Club,    620 S. Brainard Rd,    La Grange, IL 60525-2799
20604867      +Lafarge Mid-Atlantic, Inc.,    DBA Lafarge,    Box 200872,    Pittsburgh, PA 15251-0872
20574065      +Lakeside Bank,    55 W. Wacker Drive,    Chicago, IL 60601-1699
20604870      +Lanting,Paarlberg & Associates,    938 W. US 30,    Schererville, IN 46375-1551
20574099      +Larry Rae,    5280 Nettle School Rd,    Morris, IL 60450-8801
20574100      +Larua Hernandez,    1307 Scott Avenue,    Apt B,    Chicago Heights, IL 60411-2553
20604874      +Leach Enterprises, Inc.,    4304 Route 176,    Crystal Lake, IL 60014-3799
20604875       Lemke Stone Inc.,    P.O. Box 428,    Lannon, WI 53046-0428
20574101      +Leonardo Estrada,    518 Normal Avenue,    Chicago Heights, IL 60411-1218
20604877      +Lester's Material Service Inc.,    1980 S. Highway 83,    Grayslake, IL 60030-9381
20604878      +Liesener Soils Inc.,    1365 Spring Valley Road,    Jackson, WI 53037-9723
20604879      +Liz's Landscape,    P.O. Box 126,    Wauconda, IL 60084-0126
20574102      +Luis Pineda,    122 Pecos Circle,    Carpentersville, IL 60110-1113
20604883      +M&M Auto Glass Service,    4047 W. 147th Street,    Midlothian, IL 60445-3357
20574104      +Manuel Jr. Tovar,    1466 Kenilworth Drive,    Calumet City, IL 60409-6210
20574105      +Mariano C. Lira,    3202 E Lake Shore Dr,    Wonder Lake, IL 60097-9325
20574106      +Mario A. Rivas,    520 W. 8th Street,    Belvidere, IL 61008-5628
20574107      +Mark A Page,    2500 Hatfield Court,    Elgin, IL 60123-8851
20604888      +Markman Peat Corporation,    PO Box 3304,    Davenport, IA 52808-3304
20604889      +Marsec,    2900 Westfork Drive,    Suite 200,    Baton Rouge, LA 70827-0004
20604890      +Mat, Inc.,    12402 Hwy 2,    Floodwood, MN 55736-8301
20604891      +Material Sales Company,    P.O. Box 1040,    Salisbury, NC 28145-1040
20604892       McAllister Equipment Co.,    Box 88025,    Milwaukee, WI 53288-0025
20604894      +Meltzer, Purtill & Stelle LLC1,    1515 E. Woodfield Road,    Second Floor,
                Schaumburg, IL 60173-6046
```

```
District/off: 0752-1           User: dgomez                Page 4 of 7                   Date Rcvd: Mar 04, 2016
                               Form ID: pdf006             Total Noticed: 350

20604895      +Mercury Mechanical Corp.,    152 N. Railroad Ave,    Melrose Park, IL 60164-1607
20604896       Michigan Peat Company,    P.O.Box 201925,    Houston, TX 77216-1925
20796461      +Midwest Cement Products,    PO Box 92,    Woosung, IL 61091-0092
20604897      +Midwest Cement Products, Inc.,    P.O. Box 92, Route 26,    Woosung, IL 61091-0092
20604898      +Midwest Salt Solutions, Inc.,    C/O Randall M Lending,    Vedder Price P C,
                222 N Lasalle Street Suite 2600,    Chicago, IL 60601-1104
20604899      +Midwest Trading Horticultural Supplies, Inc,    P.O. Box 398,    Maple Park, IL 60151-0398
20604900      +Milorganite,    P.O. Box 78847,    Milwaukee, WI 53278-8847
20604901      +Minutemen Press of McHenry,    3410 West Elm Street,    McHenry, IL 60050-4433
20604902      +Mobile Lift Sales Service Inc.,    807 W. Brink Street,    Harvard, IL 60033-2759
20604903      +Mode Transportation,    PO Box 71188,    Chicago, IL 60694-1188
20604904      +Mohr Oil, Co.,    7340 W. Harrison,    Forest Park, IL 60130-2081
20842423      +Momence Ltd Partnership,    20681 Abbey Drive,    Frankfort, IL 60423-3108
20604906     +++Monarch Mountain Mineral & Aggregates Co,    P.O. Box 930134,    Atlanta, GA 31193-0134
20604907      +Mortenson/Tonn & Blank,    P.O. Box 1333,    Minneapolis, MN 55440-1333
20604908      +Mountain Stone Corporation,    P.O. Box 1198,    Marinette, WI 54143-6198
20604909      +Mountain West Products, Inc.,    P.O. Box 1950,    Missoula, MT 59806-1950
20574108      +Murray Timroth,    7920 Ridgefield Road,    Apt 1,    Crystal Lake, IL 60012-2956
20604919     ++NORTHERN LEASING SYSTEMS INC,    525 WASHINGTON BLVD 15 FLOOR,    JERSEY CITY NJ 07310-1606
               (address filed with court: Northern Leasing Systems,    132 West 31st,
                New York, NY 10001-5045)
20574109      +Nancy Sajuan,    1705 Partridge St,    Waukegan, IL 60087-2912
20604912      +Napa Auto Parts,    PO Box 5066,    Rockford, IL 61125-0066
20604914      +National Cocoa Shell Distr.Inc,    207 East Buffalo St.,St.#543,    Milwaukee, WI 53202-5774
20604915      +National Cocoa Shell Distribution,    207 E. Buffalo St, Suite 543,    Milwaukee, WI 53202-5774
20604916      +Nickolaou, Michaels, Evans LTD,    7503 W 56th Street,    Summit, IL 60501-1331
20574110     #+Noe L Villanueva,    PO Box 104,    Thornton, IL 60476-0104
20604920      +Northfield Block Co.,    Oldcastle Architectural, Inc.,    P.O. Box 281479,
                Atlanta, GA 30384-1479
20604921       Northwestern Mutual,    Group Insurance Administration,    P.O. Box 2754,
                PORTLAND, OR 97208-2754
20604923      +OPENonline,    P.O. Box 182520,    Columbus, OH 43218-2520
20604922      +Omya Canada Inc.,    Dept CH 19450,    Palatine, IL 60055-0001
20574111      +Oscar L. Garcia,    7135 S. Harding Avenue,    Chicago, IL 60629-4324
20604940      +PPG Industries, Inc.,    (formerly Spraylat Corporation, Pelham,,    One PPG Place,
                Pittsburgh, PA 15272-0001
20604925      +Paltech Enterprises,    860 E. Jackson Street,    Belvidere, IL 61008-2332
20604926      +Paragon Financial Group,    Great Lakes Sourcing, LLC,    P.O. Box 387,
                Fort Lauderdale, FL 33302-0387
20574112     #+Patricia Howe,    7721 Deep Springs,    Wonder Lake, IL 60097-9360
20604928      +Patricia Monte De Oca,    Patricia Rocio Montes De Oca,    24305 Vobrecht Road,
                Crete, IL 60417-2637
20574113      +Patricia Rocio Montes De Oca,    24305 Vobrecht Road,    Crete, IL 60417-2637
20604929      +Patten Industries Inc.,    635 W Lake St,    Elmhurst, IL 60126-1465
20604930      +Paygro,    PO Box 931690,    Cleveland, OH 44193-1799
20604931      +Pedro BotelloPedro Munoz,    8109 W. Duane Drive,    Frankfort, IL 60423-8104
20574114      +Pedro Munoz,    8109 W. Duane Drive,    Frankfort, IL 60423-8104
20604932      +Phillips Air Compressor,    5946 S. Western Avenue,    Chicago, IL 60636-2018,    Pier One,
                15150 S. LaGrange Road
20604934      +Pine Hall Brick,    P.O. Box 890762,    Charlotte, NC 28289-0762
20604935      +Pinkerton Fuels,    P.O. Box 599,    Chesterton, IN 46304-0599
20604936      +Pitney Bowes Global Financial,    P.O. Box 371887,    Pittsburgh, PA 15250-7887
20604938      +Portland Trucking, Inc.,    89 E. Shore Drive,    Random Lake, WI 53075-1610
20604939      +Potsie’s Soils,    P.O. Box 411,    Fox Lake, IL 60020-0411
20604941      +Prairie Business Ctr. Inc,    PO Box 202269,    Acct. Ampel Court,    Chicago, IL 60680-2269
20604942      +Precision Truck Equipment,    1945 177th Street,    Lansing, IL 60438-1566
20604943      +Primary Packaging Inc.,    10810 Industrial Pkwy NW,    Bolivar, OH 44612-8990
20604944      +Purchase Power,    P.O. Box 371874,    Pittsburgh, PA 15250-7874
20604945      +Quality Alarm System, Inc.,    5532 Cal-Sag Road,    Alsip, IL 60803-3309
20604946      +R.A. Adams Enterprises, Inc,    2600 West Route @120,    McHenry, IL 60051-4563
20604963      +RR Mulch & Soil Products LLC,    11900 S. Division,    Blue Island, IL 60406-1271
21102713      +Rafael Garcia,    38 W 23rd St,    Chicago Heights, IL 60411-4016
20574115      +Rafael Garcia,    38 West 23rd Street,    Chicago Heights, IL 60411-4016
20604948       Red Flint Sand & Gravel, LLC,    P.O. Box 688,    Eau Claire, WI 54702-0688
20604949      +Red Rock Granite, Inc.,    1406 State Highway #107,    MOSINEE, WI 54455-9737
20574116      +Refugio J. Madrigal,    10751 South Calhoun,    Chicago, IL 60617-6419
20574117      +Richard H. Schopf,    12215 E. Metcalf Avenue,    Momence, IL 60954-3229
20604952      +Ricoh Americas Corp,    P.O. Box 4245,    Carol Stream, IL 60197-4245
20604953       Ricoh Customer Finance Corp.,    21146 Network Place,    Chicago,, IL 60673-1211
21020217      +Ricoh USA,    Revovery & Bankruptcy Group,    3920 Arkwright Road, Suite 400,
                Macon, GA 31210-1748
20604954      +Riverside Corporate Health,    400 S. Kennedy Drive,    Bradley, IL 60915-2689
20574119      +Roberto S. Garza,    15711 Central Park Ave,    Markham, IL 60428-3914
20604956      +Roberto S. Garza,    38 West 23rd Street,    Chicago Heights, IL 60411-4016
20604957       Rochester Concrete Product LLC,    7200 Highway 63 North,    Rochester,, MN 55906-8978
20604958      +Rodney Earner,    PO Box 41,    Monee, IL 60449-0041
20574120      +Roger Harris,    16740 Forestview Drive,    Tinley Park, IL 60477-2971
20574121      +Rosario Dimiele,    19221 Weber Road,    Mokena, IL 60448-1064
20604961       Rosetta of Michigan,    05481 US 31 South,    Charlevoix, MI 49720-8919
20604962      +Rowe Associates,    4020 W. 111th Street,    Suite 206,    Oak Lawn, IL 60453-5780
```

```
District/off: 0752-1           User: dgomez               Page 5 of 7                  Date Rcvd: Mar 04, 2016
                               Form ID: pdf006            Total Noticed: 350


20841531       +SPEEDWAY LLC,    PO BOX 1590,     SPRINGFIELD  OH 45501-1590
20604976       +SPR Packaging,    1480 Justin Road,     Rockwall, TX 75087-4886
20604980       +SRW Products,    P.O. Box 70,     Princeton, MN 55371-0070
20604964       +Salt Services LTD.,    24520 Kankakee St,     Manhattan, IL 60442-9532
20604965       +Saluki Promotional Products,      and Printing Services,    16556 S. Parliament,
                 Tinley Park, IL 60477-2464
20574122       +Scott S. Molenhouse,    1057 N Marshfield,     Unit C,    Chicago, IL 60622-3836
20574123       +Serafin Aguilar,    4620 W. Lake Shore Drive,     McHenry, IL 60050-2418
20604968       +Service Brake & Clutch,    4716 W. 137th Street,      Midlothian, IL 60445-1929
20604969       +Service Sanitation Inc,    135 Blaine Street,     GARY, IN 46406-1245
20604970       +Service Wire Company,    PO Box 890153,     Charlotte, NC 28289-0153
20604971       +Shaker Recruitment Adv. & Communications,      11 Lake St 3rd FL,    Oak Park, IL 60302
20604972       +Sioux City Brick & Tile Co.,     P.O. Box 807,    Sioux City, IA 51102-0807
20604973       +Sluiter Auto Electric,    P.O. Box 312,     15 W. 168th Street,    South Holland, IL 60473-2838
20604974        Speedway Superamerica LLC,     P.O. Box 740587,    Cincinnati, OH 45274-0587
20604975        Speedway, LLC,    PO Box 740587,    Cincinnati, OH 45274-0587
20842422       +Spraylet Corp,    1701 East 122nd Street,     Chicago, IL 60633-2362
20604977       +Spring Hill Ford,    800 Dundee Ave Rt 25,     Dundee, IL 60118-3001
20604978       +Spring Valley,    1891 Spring Valley Road,     Jackson, WI 53037-8603
20604981        Staples Business Advantage,     Dept. DET,    PO Box 83689,    Chicago, IL 60696-3689
20574124       +Stefanie Smith,    1203 S. Bonnie Brae,     McHenry, IL 60050-8337
20604983       +Sterling Commerce,    P.O. Box 73199,     CHICAGO, IL 60673-7199
20574125       +Steven M. Call,    12057 E. Gregg Blvd,     Momence, IL 60954-3420
20604985       +Superior Petroleum, Inc.,     865 North Superior Drive,     Crown Point, IN 46307-8299
20604986       +Superior Stone Sales,    1819 N. Wilke Road,     Arlington Heights, IL 60004-3613
20604987       +T. Janecyk,    1536 West Vermont Street,     Calumet Park, IL 60827-6320
20604988       +Tandem Landscape,    3337 W. 114th Street,     Chicago, IL 60655-2803
20604989        Testing 123,    Street Testing 123,    Des Plaines, IL 60016
20604990       +The Custom Companies,    P.O. Box 3270,     Melrose Park, IL 60164-8270
20604991       +The Illinois Chamber,    P.O. Box 19258,     Springfield, IL 62794-9258
20604992        The JD Russel Company,    PO Box 183471,     Shelby Township, MI 48318-3471
20604993       +The Park of River Oaks,    150 Park Ave,     Calumet City, IL 60409-5018
20604995       +The Toro Company,    c/o Gray Plant Mooty Mooty & Bennett, PA,      Attn: Henry Wang,
                 500 IDS Center,    80 South 8th Street,     Minneapolis, MN 55402-2100
20604996       +Thelen Materials LLC.,    P.O. Box 730,     Spring Grove, IL 60081-0730
21084413        Theo Janecyk,    1536 W Vermont St,    Calumet Park, IL 60827-6320
20604997       +Tongue River Stone,    1408 Stonegate Dr,     Sheridan, WY 82801-4041
20574126       +Tony Clark,    2057 Spruce Rd,    Homewood, IL 60430-1073
20604999       +Total Marketing Associates,     3740 Industrial Avenue,     Rolling Meadows, IL 60008-1020
20605000       +TransUnion Consumer Solutions,     P.O. Box 2000,     Chester, PA 19022-2000
20605003       +Tranz Actions, LLC,    3200 Executive Way,     Miramar, FL 33025-3930
20605001       +Tu-Turn /Jim Jolly Sales, Inc.,     11225 Giordano Court,     Huntley, IL 60142-6805
20605002       +Unilock Chicago, Inc.,    301 E. Sullivan Rd.,     Aurora, IL 60505-9762
21084414       +United Tranzactions, LLC,     3200 Executive Way,     Miramar, FL 33025-3930
20605004       +Venture Products,    5800 N. Bayshore Drive,     Suite B206,    Milwaukee, WI 53217-4547
20574127       +Vera M. Behnen,    105 N Meadow,    PO Box 170,    Grant Park, IL 60940-0170
20574128       +Victor M. Cuevas,    2152 W. Wicklow Lane,     Round Lake, IL 60073-9634
20605007       +W.W.C.C., Inc,    1612 N.E. Expressway,     Atlanta, GA 30329-2003
20605013       +WJK Consultants Company ,Inc.,     P.O. Box 1167,     New Lenox, IL 60451-6167
20605008        Waste Management,    P.O. Box 4648,    Carol Stream, IL 60197-4648
20605009       +Weber Printing Co,    450 N. Locust St.,     Route 50,    Manteno, IL 60950-1295
20605010       +West Alabama Sand & Gravel,     146 County Road 136,     P.O. Box 688,   Fayette, AL 35555-0688
20605011       +Western Golf Association,     1 Briar Road,    Golf, IL 60029-2000
20605012       +Whitacre Greer Co.(Alliance),     P.O. Box 71-4531,     Columbus, OH 43271-4531
20605014       +Xylem Ltd.,    18715 Rt. 84 North,    Cordova, IL 61242-9757
20605015        Ziker,    251 E. Sample St.,    South Bend, IN 46601-3498
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20574144       +E-mail/Text: ndiv.bkrpt.notice@airgas.com Mar 05 2016 00:34:56      Airgas USA, LLC,
                 Bankruptcy Department,    6055 Rockside Woods Blvd, 6th Floor,     Independence, OH 44131-2301
20604749       +E-mail/Text: sancheza@cintas.com Mar 05 2016 00:36:42      Cintas Fas Lockbox 636525,
                 P.O. Box 636525,    Cincinnati, OH 45263-6525
20604757       +E-mail/Text: legalcollections@comed.com Mar 05 2016 00:36:12      Commonwealth Edison,
                 Bill Payment Center,    60668-0001
20604784       +E-mail/Text: kevin@edenstone.net Mar 05 2016 00:36:34      Eden Stone Inc.,    W4520 Lime Road,
                 Eden, WI 53019-1108
20604809       +E-mail/Text: creditdepartment@freightquote.com Mar 05 2016 00:35:23      Freightquote.com,
                 1495 Paysphere Circle,    Chicago, IL 60674-0014
20858567        E-mail/Text: rev.bankruptcy@illinois.gov Mar 05 2016 00:35:07
                 Illinois Department of Revenue Bankruptcy Section,     P.O. Box 64338,
                 Chicago, Illinois 60664-0338
22404204        E-mail/Text: cio.bncmail@irs.gov Mar 05 2016 00:34:28      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
20604893       +E-mail/Text: remittanceadvice@mcgladrey.com Mar 05 2016 00:35:45      McGladrey & Pullen LLP,
                 5155 Paysphere Circle,    Chicago, IL 60674-0051
20604918        E-mail/Text: ebn@exchange.nscorp.com Mar 05 2016 00:35:48      Norfolk Southern Corporation,
                 LOC# 00441,    Cincinnati, OH 45264-0447
20766124       +E-mail/Text: bankruptcy@pb.com Mar 05 2016 00:36:27      Pitney Bowes Inc,
                 4901 Belfort Rd, Ste 120,    Jacksonville FL 32256-6016
```

```
District/off: 0752-1                  User: dgomez                 Page 6 of 7                   Date Rcvd: Mar 04, 2016
                                      Form ID: pdf006              Total Noticed: 350


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
20604937       +E-mail/Text: bankruptcy@pb.com Mar 05 2016 00:36:27     Pitney Bowes, Inc,   27 Waterview Drive,
                 Shelton, CT 06484-4361
20604979        E-mail/Text: appebnmailbox@sprint.com Mar 05 2016 00:35:00      Sprint,   P.O. Box 4181,
                 Carol Stream, IL 60197-4181
21033321        E-mail/Text: appebnmailbox@sprint.com Mar 05 2016 00:35:01      Sprint Nextel,
                 Attn Bankruptcy Dept,   PO Box 7949,   Overland Park KS 66207-0949
20604994       +E-mail/Text: ggresham@quikrete.com Mar 05 2016 00:34:41      The Quikrete Companies,
                 PO Box 930134,   Atlanta, GA 31193-0134
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20604748         Cntas Loc #355,   5100 26th Avenue
20604905         Momence Limited Partnership
20604933         Orland Park, IL 60462
22459169*       +Avalon Petroleum Company,   Coface North America Insurance Company,
                  50 Millstone Rd., Bldg. 100, Ste. 360,   East Windsor, NJ 08520-1415
20604719*       +Benito Sanchez,   6419 Jackson Ave,   Hammond, IN 46324-1201
20604731*       +Bruce A. Trubach,   405 N. Griffin,   Grant Park, IL 60940-7013
20604732*       +Bruce Richlik,   4001 E 134th Street,   32 S,   Chicago, IL 60633-1020
20604739*       +Carlos Estrada,   88 East 22nd Street,   Chicago Heights, IL 60411-4277
20604744*       +Cesar Gutierrez,   516 Buffalo Avenue,   Calumet City, IL 60409-3414
20604768*       +Curnell L. Brown,   12606 S. Justine,   Calumet Park, IL 60827-6010
20604785*       +Efren Landa,   2501 N. Midlothian Road,   Mundelein, IL 60060-1037
20604791*       +Eric L. Bonds,   PO Box 403,   Midlothian, IL 60445-0403
20604795*       +Evangelina Rodriguez,   432 N Strieff Lane,   Glenwood, IL 60425-1037
20604801*       +Felipe J. Rendon,   1200 N. Division Street,   Lot #5,   Harvard, IL 60033-1753
20604802*       +Felix Gutierrez,   10622 Avenue G,   Chicago, IL 60617-6323
20604812*       +Glenn Ford,   17716 Springbrook Circle,   Union, IL 60180-9524
20604826*       +Hector J. Solis,   1934 W. Eagle Ridge,   #106,   Waukegan, IL 60087-5702
20604834*       +Ignacio Munoz,   526 N. Pleasant Drive,   Glenwood, IL 60425-1251
20604848*       +James M. Peterson,   6749 South Pointe Drive,   Unit 3b,   Tinley Park, IL 60477-6288
20604850*       +Jesus A. Ramos-Gutierres,   516 Buffalo,   Calumet City, IL 60409-3414
20604853*       +Joe Land,   12303 69th Ave,   Palos Heights, IL 60463-1625
20604854*       +Jonathan E. Barry,   15321 Las Flores Lan,   Oak Forest, IL 60452-1822
20604856*        Jose B. Cisneros,   5030 Round Lake Drive,   Round Lake, IL 60073
20604857*       +Jose J. Rodriguez,   540 Illinois Avenue,   Glenwood, IL 60425-1018
20604858*       +Jose S. Aguirre,   15836 Fisk Avenue,   Harvey, IL 60426-5116
20604859*       +Jose S. Rodriguez,   36 W. Lindsay Drive,   Round Lake, IL 60073-2289
20604861*       +Karen P. Bauer,   16363 W. Diane Way,   Manhattan, IL 60442-9776
20759969*       +Klink Trucking, Inc,   PO Box 428,   Ashley, IN 46705-0428
20604869*       +Lakeside Bank,   55 W. Wacker Drive,   Chicago, IL 60601-1699
20604871*       +Larry Rae,   5280 Nettle School Rd,   Morris, IL 60450-8801
20604872*       +Larua Hernandez,   1307 Scott Avenue,   Apt B,   Chicago Heights, IL 60411-2553
20604876*       +Leonardo Estrada,   518 Normal Avenue,   Chicago Heights, IL 60411-1218
20604880*       +Luis Pineda,   122 Pecos Circle,   Carpentersville, IL 60110-1113
20604882*       +Lynn Quintero,   9305 S. 54th Avenue,   Oak Lawn, IL 60453-2301
20604884*       +Manuel Jr. Tovar,   1466 Kenilworth Drive,   Calumet City, IL 60409-6210
20604885*       +Mariano C. Lira,   3202 E Lake Shore Dr,   Wonder Lake, IL 60097-9325
20604886*       +Mario A. Rivas,   520 W. 8th Street,   Belvidere, IL 61008-5628
20604887*       +Mark A Page,   2500 Hatfield Court,   Elgin, IL 60123-8851
20604910*       +Murray Timroth,   7920 Ridgefield Road,   Apt 1,   Crystal Lake, IL 60012-2956
20604911*       +Nancy Sajuan,   1705 Partridge St,   Waukegan, IL 60087-2912
20604922*       +Noe L Villanueva,   PO Box 104,   Thornton, IL 60476-0104
20604924*       +Oscar L. Garcia,   7135 S. Harding Avenue,   Chicago, IL 60629-4324
20604927*       +Patricia Howe,   7721 Deep Springs,   Wonder Lake, IL 60097-9360
20604947*       +Rafael Garcia,   38 West 23rd Street,   Chicago Heights, IL 60411-4016
20604950*       +Refugio J. Madrigal,   10751 South Calhoun,   Chicago, IL 60617-6419
20604951*       +Richard H. Schopf,   12215 E. Metcalf Avenue,   Momence, IL 60954-3229
20604955*       +Robert Banicki,   1620 Camellia Drive,   Apt 2-C,   Munster, IN 46321-3935
20604959*       +Roger Harris,   16740 Forestview Drive,   Tinley Park, IL 60477-2971
20604960*       +Rosario Dimiele,   19221 Weber Road,   Mokena, IL 60448-1064
20604966*       +Scott S. Molenhouse,   1057 N Marshfield,   Unit C,   Chicago, IL 60622-3836
20604967*       +Serafin Aguilar,   4620 W. Lake Shore Drive,   McHenry, IL 60050-2418
20604982*       +Stefanie Smith,   1203 S. Bonnie Brae,   McHenry, IL 60050-8337
20604984*       +Steven M. Call,   12057 E. Gregg Blvd,   Momence, IL 60954-3420
20604998*       +Tony Clark,   2057 Spruce Rd,   Homewood, IL 60430-1073
20605005*       +Vera M. Behnen,   105 N Meadow,   PO Box 170,   Grant Park, IL 60940-0170
20605006*       +Victor M. Cuevas,   2152 W. Wicklow Lane,   Round Lake, IL 60073-9634
20574141        ##+Advertiser Network,   236 Route 173,   Antioch, IL 60002-1897
20604754        ##+Columbian Agency,   P.O. Box 39,   New Lenox, IL 60451-0039
20604810        ##+Galassi Cut Stone & Marble,LLC,   10001 W. 191st St,   Mokena, IL 60448-8361
20604819        ##+H&E Sod Nursery, Inc,   3900 West 167th Street,   Markham, IL 60428-5307
20574088        ##+Hector J. Solis,   1934 W. Eagle Ridge,   #106,   Waukegan, IL 60087-5702
20604832        ##+Hydraulic Press Brick Company,   Attn: Cheri Jones,   5505 West 74th Street,
                  Indianapolis, IN 46268-4184
20604840        ##+Illinois Landscape Contractors,   2625 Butterfield Road 204W,   Oak Brook, IL 60523-1257
20574097        ##+Jose S. Rodriguez,   36 W. Lindsay Drive,   Round Lake, IL 60073-2289
20604881        ##+Lynn Packaging, Inc.,   4385 W. 247th Street,   Louisburg, KS 66053-7213
```

```
District/off: 0752-1           User: dgomez              Page 7 of 7                 Date Rcvd: Mar 04, 2016
                               Form ID: pdf006          Total Noticed: 350

           ***** BYPASSED RECIPIENTS (continued) *****
20574103     ##+Lynn Quintero,     9305 S. 54th Avenue,    Oak Lawn, IL 60453-2301
20604913     ##+National Bark Sales,    P.O. Box 7672,    Boise, ID 83707-1672
20574118     ##+Robert Banicki,    1620 Camellia Drive,    Apt 2-C,   Munster, IN 46321-3935
                                                                            TOTALS: 3, * 53, ## 12
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 06, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2016 at the address(es) listed below:
              Deborah Michelle Gutfeld    on behalf of Accountant    Accounting firm of Popowcer Katten Ltd
                gutfeldch7@perkinscoie.com
              Deborah Michelle Gutfeld    gutfeldch7@perkinscoie.com
              George P Apostolides     on behalf of Trustee Deborah Michelle Gutfeld gpapostolides@arnstein.com,
                lcsolomon@arnstein.com
              Kevin Posen    on behalf of Creditor    Knox Fertilizer Company, Inc. tls@tellerlevit.com
              Kevin H Morse    on behalf of Trustee Deborah Michelle Gutfeld khmorse@arnstein.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Randall M Lending    on behalf of Creditor    Midwest Salt Solutions, Inc. rlending@vedderprice.com,
                trobinson@vedderprice.com;ecfdocket@vedderprice.com
              Robert R Benjamin    on behalf of Petitioning Creditor    National Bark Sales
                rrbenjamin@golanchristie.com,
                lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
                istie.com;tfalligant@golanchristie.com
              Robert R Benjamin    on behalf of Petitioning Creditor    Total Marketing Associates, Inc.
                rrbenjamin@golanchristie.com,
                lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
                istie.com;tfalligant@golanchristie.com
              Robert R Benjamin    on behalf of Petitioning Creditor    JMB Logistics
                rrbenjamin@golanchristie.com,
                lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
                istie.com;tfalligant@golanchristie.com
              Robert R Benjamin    on behalf of Petitioning Creditor    Michigan Peat Division of Bay-Houston
                rrbenjamin@golanchristie.com,
                lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
                istie.com;tfalligant@golanchristie.com
              Robert R Benjamin    on behalf of Petitioning Creditor    Ameriscape, Inc.
                rrbenjamin@golanchristie.com,
                lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchr
                istie.com;tfalligant@golanchristie.com
              Sean M. Sullivan     on behalf of Creditor    Kinder Morgan Liquids Terminals, LLC
                ssullivan@daleymohan.com
              Thomas W Toolis     on behalf of Debtor 1    Town & Country Landscape Supply Co. twt@jtlawllc.com,
                lld@jtlawllc.com;axb@jtlawllc.com;reception@jtlawllc.com
                                                                                             TOTAL: 14
```