UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                                )          BK No.:   13-13951
TOWN & COUNTRY LANDSCAPE          )
SUPPLY CO.                                       )
                                                         )          Chapter: 7
                                                         )          Honorable Pamela S. Hollis
                                                         )
                                                         )
              Debtor(s)                           )

**ORDER ON THE SECOND AND FINAL APPLICATION OF ARNSTEIN & LEHR LLP FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES AS TRUSTEE COUNSEL FOR THE PERIOD FROM JANUARY 16, 2015 TO JANUARY 31, 2016**

   This matter coming to be heard on the Second and Final Application of Arnstein & Lehr LLP for Compensation and Reimbursement of Fees and Expenses as Trustee Counsel for the Period from January 16, 2015 to January 31, 2016, due notice having been given and the Court being fully advised, IT IS HEREBY ORDERED THAT:

   1.  The Application is granted;

   2.  Arnstein & Lehr LLP is allowed compensation in the total amount of $13,682.56, consisting of $12,221.00 for fees and $1,461.56 for costs.

   3.  The Trustee is authorized to pay Arnstein & Lehr LLP $13,682.56.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  April 07, 2016

**Prepared by:**

George P. Apostolides (6228768)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606
(312) 876-7100